# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| **International Brotherhood of Electrical Workers, Local 520** )<br>)<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>)<br>**A.S.H. Electrical Services, LLC** )<br>)<br>*Defendant* | Civil Action No. 1:25-cv-1643 |

## AFFIDAVIT OF SERVICE

I, Robert Brayton, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on October 15, 2025, at 9:22 pm. I delivered these documents to A.S.H. Electrical Services, LLC in Tom Green County, TX on October 16, 2025 at 3:17 pm at 3214 Sunset Drive, San Angelo, TX 76904 by leaving the following documents with Adam Christopher Johnke who as Owner is authorized by appointment or by law to receive service of process for A.S.H. Electrical Services, LLC.

SUMMONS IN A CIVIL ACTION
PLAINTIFF'S ORIGINAL COMPLAINT

Additional Description:
Adam Christopher Johnke A.S.H Electricial Services, LLC

White Male, est. age 55-64, glasses: N, Gray hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=31.4352174812,-100.4996208886
Photograph: See Exhibit 1

Total Cost: $95.00

My name is Robert Brayton, I am 18 years of age or older, and my address is 547 Mesquite Lane, Eldorado, TX 76939, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

  Schleicher County                    ,

  TX       on   10/17/2025         .

/s/ *Robert Brayton*

Robert Brayton
+1 (325) 656-5432
Certification Number: PSC-23754
Expiration Date: 1/31/2026



Exhibit 1a)



Exhibit 1b)