IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, <br> Plaintiff, <br><br> v. <br><br> A.S.H. ELECTRICAL SERVICES, LLC, <br> Defendant. | § § § § § § § § § § | CIVIL ACTION NO. 1:25-cv-01643 |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the address for Deats, Durst & Owen, PLLC, counsel for Plaintiff, has changed to 2901 Bee Caves Rd., Ste. L, Austin, Texas 78746. All other contact information remains the same.

*Respectfully submitted,*

DEATS DURST & OWEN, PLLC

/s/ Matt Bachop
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record by the Court's CM/ECF system on this 27th day of October, 2025.

/s/ Matt Bachop
Matt Bachop

1