IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, <br><br> *Plaintiff,* <br><br> v. <br><br> A.S.H. ELECTRICAL SERVICES, LLC, <br><br> *Defendant.* | § § § § § § § § § § § <br><br> CIVIL ACTION NO. 1:25-cv-1643 |

**DEFENDANT A.S.H. ELECTRICAL SERVICES, LLC'S CERTIFICATE OF INTERESTED PERSONS AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Federal Rules of Civil Procedure and Local Rules of the United States District for the Western District of Texas, Defendant A.S.H. Electrical Services, LLC ("A.S.H. Electrical") formed under the laws of the State of Texas, files this Certificate of Interested Persons and Rule 7.1 Corporate Disclosure Statement.

1. **Any Parent or Publicly Held Corporation Owning 10% or more of Defendant's Stock**

    None

2. **Persons, associations or persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations or legal entities that are financially interested in the outcome of this case:**

    Plaintiff: International Brotherhood of Electrical Workers, Local 520

    Counsel for Plaintiff: Matt Bachop

    Defendant: A.S.H. Electrical Services, LLC

    Counsel for Defendant: Jonathan Elifson, Jackson Lewis P.C.

    Counsel for Defendant: Nathaniel J. Higgins, Jackson Lewis P.C.

Respectfully submitted,

By: */s/ Jonathan Elifson*
Jonathan Elifson
Texas Bar No. 24096065
Jonathan.Elifson@jacksonlewis.com
**JACKSON LEWIS P.C.**
500 N. Akard St., Suite 2500
Dallas, Texas 75201
Telephone: (214) 520-2400
Facsimile: (214) 520-2008

And

Nathaniel J. Higgins
Texas Bar No. 24087720
Nathaniel.Higgins@jacksonlewis.com
Jackson Lewis P.C.
717 Texas Avenue, Suite 1700
Houston, Texas 77002
Telephone: (713) 650-0404
Facsimile: (713) 650-0405

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on November 6, 2025, I electronically filed the foregoing document and that it is available for viewing and downloading from the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

*/s/ Jonathan Elifson*
Jonathan Elifson