IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, | § § § § | |
| *Plaintiff,* | § | CIVIL ACTION NO. 1:25-cv-1643 |
| v. | § § § | |
| A.S.H. ELECTRICAL SERVICES, LLC, | § § | |
| *Defendant.* | | |

**ORDER GRANTING DEFENDANT'S OPPOSED MOTION TO STAY IN LIGHT OF ONGOING ADMINISTRATIVE PROCEEDINGS**

Before the Court is Defendant's Opposed Motion to Stay in Light of Ongoing Administrative Proceedings. After reviewing the Motion, the Court concludes that the Motion should be GRANTED.

Accordingly, it is ORDERED that _____.

Signed this ___ day of _____ 2025.

_____
UNITED STATES DISTRICT JUDGE

4898-4688-2172, v. 1