IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520,** Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 1:25-cv-01643-DAE |
| **A.S.H. ELECTRICAL SERVICES, LLC,** Defendant. | § § § | |

## ORDER DENYING DEFENDANT'S OPPOSED MOTION TO STAY IN LIGHT OF ONGOING ADMINISTRATIVE PROCEEDINGS

Came before the Court Defendant's Opposed Motion to Stay in Light of Ongoing Administrative Proceedings. Having considered the motion, Plaintiff's response, any reply, the evidence, the live pleadings, and the arguments of counsel, the Court DENIES the motion in its entirety.

Signed this _____ day of _____, 2025.

_____
HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE