IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

**FILED**
December 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ps_____
DEPUTY

| | |
|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520,** § § § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:25-cv-01643-DAE |
| § | |
| **A.S.H. ELECTRICAL SERVICES, LLC,** § | |
| Defendant. § | |

## **SCHEDULING ORDER**

The scheduling recommendations provided by the parties on December 8, 2025 (Dkt no. 12) are adopted by the Court. Therefore, the following dates are entered to control the course of this case:

1. The parties must mediate this case on or before July 7, 2026 and file a report in accordance with Rule 88 after the mediation is completed.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by February 4, 2026, and each opposing party shall respond, in writing, by February 18, 2026.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by March 6, 2026.

4. All parties asserting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by February 5, 2026. Parties resisting claims for relief shall file their designation of testifying experts and shall serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) by March 20, 2026. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 30 days of receipt of the written report of the expert's proposed testimony, or not later than 30 days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before May 6, 2026. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. All dispositive motions shall be filed not later than June 5, 2026.

8. This case will not be set for trial until after dispositive motions, if any, have been ruled on. **If parties elect not to file dispositive motions, they must contact the courtroom deputy, Priscilla Springs at (210) 472-6550 ext. 5016, or by email Priscilla_Springs@txwd.uscourts.gov, in order to set a trial date**. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

Signed this 10th day of December, 2025.

HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE