IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, | § § § § | |
| *Plaintiff,* | § | CIVIL ACTION NO. 1:25-cv-1643 |
| v. | § § § | |
| A.S.H. ELECTRICAL SERVICES, LLC, | § § | |
| *Defendant.* | § | |

### DEFENDANT'S MOTION TO WITHDRAW MOTION TO STAY IN LIGHT OF ONGOING ADMINISTRATIVE PROCEEDINGS

On November 26, 2025, Defendant A.S.H. Electrical Services, LLC ("Defendant") filed its Opposed Motion to Stay in Light of Ongoing Administrative Proceedings [Dkt. 9]. It was filed on the basis that the NLRB's processing of the related decertification petition could make the parties' contentions regarding the validity of the CBA—the key issue in the case—moot. Defendant no longer wishes for the Court to stay this matter and therefore moves to withdraw its previous Motion to Stay [Dkt. 9].

### PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully moves the Court to withdraw its previously-filed Motion to Stay in Light of Ongoing Administrative Proceedings.

Respectfully submitted,

By:  */s/ Jonathan Elifson*
Jonathan Elifson
Texas Bar No. 24096065
Jonathan.Elifson@jacksonlewis.com
Nathaniel J. Higgins
Texas Bar No. 24087720
Nathaniel.Higgins@jacksonlewis.com
**JACKSON LEWIS P.C.**
500 N. Akard St., Suite 2500
Dallas, Texas 75201
Telephone: (214) 520-2400
Facsimile: (214) 520-2008

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred with opposing counsel on December 16, 2025.  Plaintiff is unopposed to this Motion.

*/s/ Jonathan Elifson*
Jonathan Elifson

**CERTIFICATE OF SERVICE**

I certify that on  December 16, 2025, I electronically filed the foregoing document and that it is available for viewing and downloading from the CM/ECF system.  I further certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

*/s/ Jonathan Elifson*
Jonathan Elifson