IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, | § § § § | Case No.  1:25-CV-1643-DAE |
| *Plaintiff,* | § § | |
| v. | § § | |
| A.S.H. ELECTRICAL SERVICES, LLC, | § § § | |
| *Defendant.* | § § | |

ORDER (1) GRANTING DEFENDANT'S MOTION TO WITHDRAW MOTION TO STAY (2) AND WITHDRAWING REFERRAL

On December 9, 2025, Defendant A.S.H. Electrical Services, LLC's ("Defendant") Opposed Motion to Stay in Light of Ongoing Administrative Proceedings (Dkt. # 9) was referred to Magistrate Judge Dustin M. Howell by text order.  On December 16, 2025, Defendant filed a Motion to Withdraw the Motion to Stay, indicating that Defendant no longer wishes for the Court to stay the matter and that Plaintiff is unopposed to the withdrawal.  (Dkt. # 14.)  After reviewing the Motion to Withdraw (Dkt. # 14), the Court concludes that the Motion should be **GRANTED**, and the Defendant's Motion to Stay in Light of Ongoing Administrative Proceedings (Dkt. # 9) is hereby **WITHDRAWN**.  Accordingly,

the order referring the Motion to Stay to United States Magistrate Dustin M.

Howell, entered on December 9, 2025, is hereby **WITHDRAWN**.

      **IT IS SO ORDERED.**

      **SIGNED:** Austin, Texas, December 17, 2025.

_____

David Alan Ezra
Senior United States District Judge