IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, <br><br> *Plaintiff,* <br><br> v. <br><br> A.S.H. ELECTRICAL SERVICES, LLC, <br><br> *Defendant.* | § § § § § § § § § § § § | CIVIL ACTION NO. 1:25-cv-1643 |

## ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE OF THIS ACTION TO THE NORTHERN DISTRICT OF TEXAS, SAN ANGELO DIVISION

Before the Court is Defendant's Motion to Transfer Venue of This Action to The Northern District of Texas, San Angelo Division Pursuant to Rule 12(b)(3) (the "Motion"). After considering the submissions of the parties, the record, and the applicable law, the Court is of the opinion that Defendant's Motion is well-taken and should be, in all respects, **GRANTED**.

It is therefore **ORDERED** that Defendant's Motion is **GRANTED**. Accordingly, this matter is hereby **TRANSFERRED TO THE NORTHERN DISTRICT OF TEXAS, SAN ANGELO DIVISION**.

Signed this ___ day of _____, 2026.

_____
JUDGE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE