

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

# DECLARATION OF JONATHAN MURRAY

I, Jonathan Murray, am over twenty-one years of age and am competent to make this declaration. I hereby declare, under penalty of perjury, that the following facts are of my own personal knowledge and are true and correct.

1. I am the Vice President of Local Union 520 of the International Brotherhood of Electrical Workers, and I am an Assistant Business Manager for Local 520.

2. For approximately five years, I was the dispatcher for Local 520. During that time, I was responsible for administering Local 520's Hiring Hall, which is located in Austin, Texas. When contractors contact Local 520 seeking to hire electrical workers, electrical workers are dispatched in the order in which they appear on Local 520's out-of-work list, without regard to the geographical proximity between the worker's residence and the job site.

3. Local 520 maintains information on the residence addresses of its members. The vast majority of Local 520's members live in Bastrop, Blanco, Burleson, Burnet, Caldwell, Gillespie, Hays, Kimble, Lampasas, Lee, Llano, Mason, McCulloch, San Saba, Travis, Washington and Williamson Counties.

4. Of the 1,862 dispatches that Local 520 made in 2025, 1,417 of them were of workers who live in Bastrop, Blanco, Burleson, Burnet, Caldwell, Gillespie, Hays, Kimble, Lampasas, Lee, Llano, Mason, McCulloch, San Saba, Travis, Washington or Williamson County. 6 of them were for workers who live in Brown, Coke, Coleman, Concho, Crockett, Glasscock, Irion, Menard, Mills, Reagan, Runnels, Schleicher, Sterling, Sutton, or Tom Green County.

5. On several occasions, I have dispatched electrical workers who live in Austin to work on job sites in and around San Angelo. Because of the way Local 520's Hiring Hall operates, and because where our members live, it is likely that any electrical worker hired by A.S.H. Electrical Services, LLC, would live in Bastrop, Blanco, Burleson, Burnet, Caldwell, Gillespie, Hays, Kimble, Lampasas, Lee, Llano, Mason, McCulloch, San Saba, Travis, Washington or Williamson County.

6. Local 520 and the Central Texas Chapter of the National Electrical Contractors Association are partners in a Joint Apprenticeship and Training Committee, which operates an apprenticeship school in Austin, Texas. Local 520 has dispatched at least one apprentice from the school in Austin in to work for A.S.H. Electrical Services, LLC, under Local 520's CBA with A.S.H. Electrical Services, LLC.

7. After the June 2, 2025 effective date of the CBA between Local 520 and A.S.H. Electrical Services, LLC, imposed by the Council on Industrial Relations for the Electrical Contracting Industry, I directed that a grievance be filed against A.S.H. Electrical Services, LLC, because of the contractor's failure to pay the wage rates required by the CBA. A.S.H. Electrical Services, LLC, refused to participate in the grievance process. If the contractor had participated, the grievance hearing would have been held in Austin.

8. I, Jonathan Murray, do hereby declare, under penalty of perjury, that the foregoing facts are within my personal knowledge and are true and correct. I submit this declaration on issues raised by the Defendant's Motion to Transfer Venue and do not address all the issues in this case.

*Jonathan Murray*
Jonathan Murray (Jan 12, 2026 12:59:00 CST)
Jonathan Murray

Jan 12, 2026
Date