

| STATE OF TEXAS | § |
| COUNTY OF TRAVIS | § |
| | § |

**DECLARATION OF BEN BRENNEMAN**

I, Ben Brenneman, am over twenty-one years of age and am competent to make this declaration. I hereby declare, under penalty of perjury, that the following facts are of my own personal knowledge and are true and correct.

1.      I am the Business Manager for Local Union 520 of the International Brotherhood of Electrical Workers.

2.      Attached as Exhibit 2-A to my declaration are true and correct copies of correspondence that I sent to and received from A.S.H. Electrical Services, LLC about the issues in this case. The correspondence was sent from and received at Local 520's Union Hall in Austin, Texas. I was the primary representative for Local 520 in communicating with A.S.H. Electrical Services, LLC, about its claim that it terminated its bargaining relationship with Local 520. This correspondence is maintained with Local 520's official records at the Union Hall in Austin.

3.      I attended the interest arbitration proceeding between Local 520 and A.S.H. Electrical Services, LLC, before the Council on Industrial Relations for the Electrical Contracting Industry in May 2025. I presented argument to the Council on behalf of Local 520.

4.      I, Ben Brenneman, do hereby declare, under penalty of perjury, that the foregoing facts are within my personal knowledge and are true and correct. I submit this declaration on issues raised by the Defendant's Motion to Transfer Venue and do not address all the issues in this case.

_Ben Brenneman_
Ben Brenneman (Jan 12, 2026 16:36:09 CST)
—————————————————
Ben Brenneman

Jan 12, 2026
—————————————————
Date