

JAY WALLACE
TEL: 214.740.1407
FAX: 214.740.1407
JWALLACE@BELLNUNNALLY.COM

January 9, 2023

**VIA CMRRR #9414 7266 9904 2221 4511 16**



I.B.E.W. Local Union 520
Attn: Ben Brenneman
Business Manager
IBEW Local 520
4818 East Ben White Boulevard, Suite 300
Austin, Texas 78741

Re:   A.S.H. Termination of Letter of Assent-A, Labor Agreement, and Bargaining Rights Assigned to NECA and IBEW, Local Union No. 520

Mr. Brenneman:

Your January 3, 2024 Response Letter, along with the Local Union's response to the May 30, 2023 Termination contains no specifics supporting your argument as to how the CBA is still in place despite A.S.H's termination, aside from misplaced reliance on case law that is distinguishable from this matter.

Moreover, and more concerning, your response does not state the Local Union's position as to how long A.S.H. remains bound by the CBA and when the CBA ceases to be in force and effect. To date, A.S.H. has received differing and confusing stances from the Local Union on this matter. As such, nothing the Local Union has argued thus far suggests A.S.H.'s Termination is not effective.

Specifically, in response to the May 30, 2023 Termination of Letter of Assent- A, the Local Union stated that termination could not be effective until May 13, 2024, the 3rd anniversary of the Letter of Assent-A. Conversely, your Response Letter appears to suggest that A.S.H. is contractually obligated until June 1, 2025.

Accordingly, A.S.H. demands that the Local Union make its position clear as to when A.S.H.'s termination of the CBA is effective by January 22, 2024. Depending on the Local Union's response, A.S.H. will evaluate its next steps.

Sincerely,

*Jay Wallace*

Jay Wallace

2323 ROSS AVENUE · SUITE 1900 · DALLAS, TEXAS 75201 | 214·740·1400 | WWW.BELLNUNNALLY.COM

IBEW 520 0006



# INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

## LOCAL UNION 520

4818 East Ben White Boulevard, Suite 300 • Austin, Texas 78741
512.326.9540 • Fax 512.326.9596

Local 520

January 22, 2024

Jay Wallace
Bell Nunnally
2323 Ross Ave., Ste. 1900
Dallas, TX 75201

VIA EMAIL AND CCMR

Mr. Wallace,

Dear Mr. Wallace,

In answer to your January 9, 2024 demand, IBEW Local 520's position is that your client's termination of Central Texas Chapter NECA's authority to bargain on its behalf does not effect a termination of the collective bargaining agreement. That agreement remains in effect unless changed or terminated in accordance with its terms. The duration of the collective bargaining agreement is from June 2, 2022 through June 1, 2025.

Article I of the agreement spells out the procedure for changing or terminating the agreement. Local 520 will accept your December 27, 2023 as the written notice required under Section 1.02(a) of the Agreement, despite the fact that it comes well over a year before its due date. Though your notice is then timely, it is just that—notice. You should expect that the Local Union will timely provide notice to your client of the Union's proposed changes to the agreement. The agreement remains in full force and effect until a conclusion is reached resolving our forthcoming dispute over your desire to terminate the agreement and the Local Union's desire to modify it. Section 1.02(c). Note that Section 1.02(f) provides that your notice of the desire to terminate the agreement shall be handled in the same manner as the Local Union's forthcoming proposed changes.

Absent your confirmation that the collective bargaining agreement remains in full force and effect and that your client will comply with its terms until our dispute over proposed changes or termination is resolved in accordance with the procedure spelled out in Article I, the Local Union will take immediate action to enforce it.

I will need your confirmation by February 5, 2024.

Sincerely,

Ben Brenneman
Business Manager
IBEW Local 520

# INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

## LOCAL UNION 520

4818 East Ben White Boulevard, Suite 300 • Austin, Texas 78741
512.326.9540 • Fax 512.326.9596

Local 520

January 22, 2024                   SENT VIA CMRRR 9414811898765418716561
                                   & FIRST CLASS MAIL

A.S.H. Electrical Services, LLC
3214 Sunset Drive
San Angelo, TX  76904

**Re: Response to 'Notice to Terminate' from A.S.H. Electrical Services, LLC**

Dear Adam:

We have received your notice to terminate your contract with Local 520. At the conclusion of this contract term, we will resolve our contractual dispute per Article I of the agreement.

This letter is a reminder that A.S.H. Electrical Services, LLC is bound to all terms and conditions of the agreement until its termination, including wage rates and payments to all trust funds. According to our records, you have not paid the required employee benefit contributions since May 2023. We request that you make all employees whole.

Please contact me if you have any questions.

Sincerely,


Ben Brenneman, Business Manager/Financial Secretary
IBEW Local Union No. 520

BB/bm

IBEW 520 0008



January 30, 2024

A.S.H. Electrical Services, LLC  
P.O. Box 61905  
San Angelo, Texas, 76906

SENT VIA CMRR, FIRST CLASS MAIL, AND EMAIL

Mr. Ben Brenneman  
Business Manager/Financial Secretary  
IBEW Local Union 520  
4818 East Ben White Boulevard, Suite 300  
Austin, Texas 78741

RE: A.S.H. Termination of Letter of Assent-A, Labor Agreement, and Bargaining Rights assigned to NECA and IBEW Local Union 520

Mr. Brenneman,

All responses regarding your contractual relationship with A.S.H. Electrical Services, LLC and its termination shall be directed to A.S.H. Electrical Services, LLC until further notice

Your January 22, 2024 response letter, while appreciated, fails to specify your reasoning as to why A.S.H. Electrical Services, LLC termination of CBA is not effective.

It is agreed Article 1 spells out the procedure for changing or terminating the agreement. **Article I, Section 1.02(a): Either party desiring to change or terminate this Agreement must provide written notification at least at least 90 days prior to the expiration date of the Agreement or any anniversary date occurring thereafter.** A.S.H. Electrical Services, LLC has dutifully made notification of our intent to terminate the CBA. Reasoning for desire to terminate has been clear in letters dated May 30, 2023 and December 27, 2023.

Representatives of Local Union 520 have specified termination could not be effectuated until May 13, 2024 as that is the 3rd anniversary of initial signing.

Furthermore, CBA states: **Article I, Section 1.01: This Agreement shall take effect on June 2, 2022 and shall remain in effect through June 1, 2025, unless otherwise specifically provided for herein. It shall continue in effect from year to year thereafter, from the start of the first full pay period in June through the last pay period starting in May of each year, unless changed or terminated in the way later provided herein.** Clearly an anniversary date is established annually, commencing the first full pay period in June and terminating last pay period in May.

IBEW 520 0010



January 30, 2024

    A.S.H. Electrical Services, LLC position is and will remain that utilization of either anniversary date, whether it be date of initial signing of Letter of Assent "A" dated May 13, 2021, or, anniversary date of contract ending last pay period of May 2024, A.S.H. Electrical Services, LLC notification to terminate CBA is, and remains valid.

    In token of right-mindedness, A.S.H. Electrical Services, LLC will agree to adhere to the terms of agreement until May 31, 2024. Proposed date suffices for either anniversary date and shall serve to satisfy the terms of agreement. Termination of CBA between A.S.H. Electrical Services, LLC and IBEW LU 520 shall become effective Friday, May 31, 2024 at close of business day. A.S.H. Electrical Services, LLC shall receive written notification from both your office and Central Texas Chapter NECA observing termination of agreement between parties.

    A.S.H. Electrical Services, LLC maintains agreement to terms previously set forth is amicable to all parties. Letter received by your office, Central Texas Chapter, NECA, and LU 520 satellite office located in San Angelo, Texas established well over 9 months ago continued difficulties experienced by A.S.H. At no time has A.S.H. been contacted by representatives of IBEW LU 520 in attempts to resolve matters, propose changes, or work towards mediation.

    A.S.H. Electrical Services, LLC demands IBEW Local Union 520 make its position clear as to acceptance or denial of terms by February 19, 2024. Pending your response A.S.H. Electrical Services, LLC will evaluate future actions.


Sincerely,

*Adam C Johnke*

Adam C. Johnke
Partner- A.S.H. Electrical Services, LLC

IBEW 520 0011



# INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS
## LOCAL UNION 520

4818 East Ben White Boulevard, Suite 300 • Austin, Texas 78741
512.326.9540 • Fax 512.326.9596

Local 520

May 30, 2024

Adam Johnke
ASH Electrical Services
3214 Sunset Dr
San Angelo, TX 76904

Mr. Johnke,

I appreciate your commitment, as stated in your January 30, 2024 letter, to continue to abide by the terms of the CBA, at least through May 31, 2024. However, the CBA does not expire until June 1, 2025. In order to head off the litigation that will ensue the moment you prematurely move to terminate the CBA I will make one more attempt at explaining to you how termination or modification of the Agreement works.

As you note, Article I, Section 1.02(a) provides that "either party desiring to change or terminate this Agreement must provide written notification at least 90 days prior to the expiration date of the Agreement…" Though you provided the notice well over a year in advance of the expiration date of the Agreement, the Union will recognize that notice as you giving the Union a heads-up well in advance of the Agreement's expiration date that, once the Agreement expires on June 1, 2025, you wish to terminate the Agreement. The next phrase in Article I, Section 1.02 (a) states "…or any anniversary date occurring thereafter." This phrase means that, had you failed to timely provide notice 90 days prior to the expiration date, you would not forever waive your right to bargain for a termination of the Agreement, but rather you would again have a chance 90 days before the anniversary of the previous expiration date to again attempt to provide timely notice. Note that the duty to provide 90 days notice of a desire to change or terminate the Agreement applies to both parties. Thus, if the Local Union desires that the Agreement NOT be terminated, but instead to be "changed," the Union must provide you with notice at least 90 days prior to the June 1, 2025 expiration date. You can be assured that you will receive from the Union such notice at some point at least 90 days prior to the June 1, 2025 expiration date.

The exchange of notifications described in the paragraph above does not effect any change or termination of the Agreement. This merely begins a negotiation process wherein the parties must meet and confer to attempt to come to a mutual agreement. If none is reached then the parties may jointly or unilaterally submit the unresolved dispute to the Council on Industrial Relations (CIR). See Article I, Section 1.02(d). The CIR will then resolve the dispute by either authorizing your desired termination of the Agreement, or by imposing a new CBA with its own

expiration date. Until the dispute is resolved the current Agreement's terms remain in effect. See Article I, Section 1.02(c).

In your January 30, 2024 letter you cite to the CBA's Article I, Section 1.01 to claim that Article I allows parties to terminate the Agreement on an annual basis. This is a misreading of the language. What the language actually means is that, in the event the parties do not timely exchange the required notifications and just let the expiration date pass without terminating or changing the Agreement, there is another opportunity to terminate or to make changes by providing the required notifications prior to the anniversary of the CBA's expiration date. And if they fail to provide the notifications after the first anniversary, they may do so at the next one, and so on.

Please confirm your understanding that the CBA remains in effect until changed or terminated in accordance with the terms of Article I, which contains no provisions allowing either party to unilaterally change or terminate it. Also, to the extent you believe that the Local Union has not, in any way, abided by the Agreement, Article I, Sections 1.05-1.10 sets forth a grievance procedure for adjudicating your claims. Please feel free to make use of that procedure.

Kind Regards

Ben Brenneman
Business Manager/Financial Secretary
IBEW Local 520



# INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

## LOCAL UNION 520

4818 East Ben White Boulevard, Suite 300 • Austin, Texas 78741
512.326.9540 • Fax 512.326.9596

Local 520

2/3/2025

Adam Jhonke
A.S.H. Electrical Services
4000 Caven Rd.
Austin, TX 78745

RE: Changes to the A.S.H. Electrical Services/IBEW 520 Agreement

Mr. Johnke,

As I assured you by letter of May 30, 2024, this is notice, per Article I, Section 1.02(a) of the Inside Agreement, of IBEW Local 520's desire to modify the terms and conditions of said Agreement. Further, per Section 1.02(b) of said Article, the proposed changes will be specified in writing and provided to you no later than the first bargaining session. I propose that we meet on February 20, 2025 to begin negotiating a successor Agreement. I am, of course, open to considering any alternative dates you might propose.

Should there be any questions concerning the nature of this notice, please contact me at your earliest convenience.

Thank you,

Ben Brenneman
Business Manager
IBEW Local 520