**EXHIBIT A**

Bargaining Unit
Employee Roster
Since May 13, 2021

| Name | Hire Date | Termination Date | Residence Location |
|---|---|---|---|
| Jared Lane Elkins | 06/21/21 | N/A | San Angelo, Texas |
| Roger Constance | 07/01/21 | 9/10/2021 | San Angelo, Texas |
| Kramer Edwards | 10/05/21 | 4/14/2022 | San Angelo, Texas |
| Bryan Sawyer | 04/15/22 | 6/30/2022 | San Angelo, Texas |
| Scott Chavez | 05/06/22 | 4/7/2023 | San Angelo, Texas |
| Larry Sawyer | 06/08/22 | 3/27/2023 | San Angelo, Texas |
| Hunter Lake | 09/23/22 | N/A | San Angelo, Texas |
| Gavin Nunn | 03/28/23 | 8/9/2024 | San Angelo, Texas |
| Reynaldo H. Delarosa | 05/04/23 | 10/31/2023 | San Angelo, Texas |