IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

EXHIBIT B

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, | § § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 1:25-cv-1643 |
| v. | § § § | |
| A.S.H. ELECTRICAL SERVICES, LLC, | § § § | |
| Defendant. | | |

### DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendant A.S.H. Electrical Services, LLC ("Defendant"), through its undersigned counsel, makes the following initial disclosures, without waiving any future right to supplement such disclosures or object to the relevance or admissibility of any information disclosed:

I.     **26(a)(1)(A)(i)**:  The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:

**Response**:

1. Adam Johnke, Partner
   c/o Jonathan Elifson, Attorney
   Jackson Lewis P.C.
   500 N. Akard St, Suite 2500
   Dallas, TX 75201
   (972)728-3258

   Mr. Johnke is the co-owner of A.S.H. Electrical Services, LLC and may have knowledge of the facts and circumstances underlying Plaintiff's claims and Defendant's defenses to the same.

2. Shannon Carpenter, Partner
   c/o Jonathan Elifson, Attorney
   Jackson Lewis P.C.
   500 N. Akard St, Suite 2500
   Dallas, TX 75201
   (972)728-3258

   Ms. Carpenter is the co-owner of A.S.H. Electrical Services, LLC and may have knowledge of the facts and circumstances underlying Plaintiff's claims and Defendant's defenses to the same.

3. Diarmid Campbell, Field Organizer
   IBEW Local 520
   c/o Matt Bachop
   Deats, Durst & Owen, P.L.L.C
   2901 Bee Caves Rd, Suite L
   Austin, TX 78746
   (512)474-6200

   Mr. Campbell is a Field Organizer for IBEW Local 520 and may have knowledge of the facts and circumstances underlying Plaintiff's claims.

4. Scott Hopkins, Regional Representative
   National Electrical Contractors Association (NECA)
   112 N.E. 50th St. Oklahoma City, OK 73105
   (405)850-8374

   Mr. Hopkins is a Regional Representative for the National Electrical Contractors Association (NECA); he served as the employer liaison for proceedings of the Council on Industrial Relations, the arbitration panel which imposed the CBA at issue in these proceedings.

5. Any individual(s) listed on Plaintiff's Initial Disclosures or any witness lists;

6. Individuals identified or referenced in written discovery responses, documents tendered or produced during discovery, deposition testimony, and/or deposition exhibits; and

7. Custodian of Records for IBEW Local 520.

   Defendant reserves all rights to supplement this list as necessary to add other individuals who may have discoverable information.

II.     **26(a)(1)(A)**(ii) A copy - or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

**Response**:

1. Documents reflecting communications between Defendant and Plaintiff.

2. Documents reflecting communications between Defendant and the National Electrical Contractors Association ("NECA"), the organization which represented

3. Documents reflecting communications between Defendant and the Council on Industrial Relations ("CIR"), the arbitration panel which imposed a successor collective bargaining agreement on the parties.

4. Documents related to discussion of a final successor collective bargaining agreement after which the parties would "walk away."

5. Other documents related to Plaintiff's claims and Defendant's defenses.

   III. **26(a)(1)(A)(iii)** A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**Response**: At this time Defendant is seeking attorney fees for its defense of this matter and its

prosecution of the counterclaim. At this time, attorney fees billed in this matter are approximately

$45,000 are estimated to exceed $150,000 through trial. The billing rates of attorneys on this

matter have ranged from $555.00 per hour to $825.00 per hour.

   IV. **26(a)(1)(A)(iv)** For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response**: None.

Respectfully submitted,

By:   */s/ Jonathan Elifson*
Jonathan Elifson
Texas Bar No. 24096065
Jonathan.Elifson@jacksonlewis.com
**JACKSON LEWIS P.C.**
500 N. Akard St., Suite 2500
Dallas, Texas 75201
Telephone: (214) 520-2400
Facsimile: (214) 520-2008

And

Nathaniel J. Higgins
Texas Bar No. 24087720
Nathaniel.Higgins@jacksonlewis.com
Jackson Lewis P.C.
717 Texas Avenue, Suite 1700
Houston, Texas 77002
Telephone: (713) 650-0404
Facsimile:  (713) 650-0405

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that on December 18, 2025, I electronically serviced all counsel of record via email.

*/s/ Jonathan Elifson*
Jonathan Elifson