IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520,** | § § § § | |
| *Plaintiff,* | § | CIVIL ACTION NO. 1:25-cv-1643 |
| v. | § § § | |
| **A.S.H. ELECTRICAL SERVICES, LLC,** | § § | |
| *Defendant.* | § § | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT A.S.H. ELECTRICAL SERVICES, LLC**

On this day, the Court considered Counsel for Defendant A.S.H. Electrical Services, LLC's ("Defendant") Motion to Withdraw as Counsel. Having considered the Motion, the arguments of the parties, and the applicable law, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

**ORDERED** that Counsel's Motion is hereby **GRANTED** in its entirety and Counsel Jonathan Elifson and Nathaniel Higgins are relieved of further obligations toward A.S.H. Electrical Services, LLC.

**SIGNED** this _____ day of _____, 2026.

_____
UNITED STATES DISTRCT JUDGE