IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, | § § § § | NO. 1:25-CV-1643-DAE |
| Plaintiff, | § § | |
| vs. | § § | |
| A.S.H. ELECTRICAL SERVICES, LLC, Defendant. | § § § | |

ORDER DENYING MOTION TO WITHDRAW

Before the Court is the Motion to Withdraw filed by Defendant's counsel, Jonathan Elifson and Nathaniel Higgins. (Dkt. # 19.)

Though the Motion is unopposed by Plaintiff, the Court is hesitant to grant the Motion without substitute counsel or the signature and identifying information of the client, A.S.H. Electrical Services, LLC, as required by the Local Rules. See Local Rules AT-3 (W.D. Tex.) Therefore, the Court **DENIES WITHOUT PREJUDICE** subject to refiling once Defendant's counsel has satisfied the requirements of Local Rule AT-3.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, January 27, 2026.

_____
David Alan Ezra
Senior United States District Judge