**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, | § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 1:25-cv-1643 |
| v. | § § § | |
| A.S.H. ELECTRICAL SERVICES, LLC, | § § § | |
| *Defendant.* | § | |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT A.S.H. ELECTRICAL SERVICES, LLC

The undersigned Counsel Jonathan Elifson and Nathaniel Higgins move to withdraw as counsel for Defendant A.S.H. Electrical Services, LLC. On December 9, 2025, Counsel Elifson informed Defendant that Jackson Lewis intended to withdraw as counsel for Defendant based on fundamental differences regarding how this matter should be approached. Defendant requested that Counsel reconsider.

Counsel Elifson sent Defendant an e-mail on January 9, 2026, outlining conditions for continued representation, including payment of an outstanding invoice by January 23, 2026. Defendant did not respond to Counsel Elifson's January 9, 2026, e-mail. Counsel Elifson sent a follow-up e-mail one week later, on January 16, 2026, to which no reply has been received. To date, the client has not stated whether it intends to accept the offered conditions for continued representation and/or pay the outstanding invoice. The outstanding invoice referred to in the January 9, 2026, e-mail has not been paid and less than 10% of the total fees billed in this matter have been paid.

Defendant has indicated that it is close to securing alternative representation but has not yet done so due to the busy Holiday season. On January 30, 2026, the client confirmed that it has not yet retained new counsel. In compliance with Local Rule AT-3, Withdrawal of Attorney, Counsel is attaching **Exhibit A,** containing the client's signature along with client's name, address and telephone number. The next pending deadline in this matter is February 4, 2026, for the parties seeking relief to make an offer of settlement to the opposing party.

## **PRAYER FOR RELIEF**

For the foregoing reasons, Counsel Elifson and Higgins respectfully request that the Court permit them to withdraw as counsel for Defendant in this matter and grant them any further relief to which they may be entitled.

Dated: February 2, 2026            Respectfully submitted,

**JACKSON LEWIS P.C.**

*/s/ Jonathan Elifson*
Jonathan Elifson
Texas Bar No. 24096065
Jonathan.Elifson@jacksonlewis.com
**JACKSON LEWIS P.C.**
500 N. Akard St., Suite 2500
Dallas, Texas 75201
Telephone: (214) 520-2400
Facsimile: (214) 520-2008

And

>Nathaniel J. Higgins
>Texas Bar No. 24087720
>Nathaniel.Higgins@jacksonlewis.com
>Jackson Lewis P.C.
>717 Texas Avenue, Suite 1700
>Houston, Texas 77002
>Telephone: (713) 650-0404
>Facsimile:  (713) 650-0405
>
>**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

On January 23, 2026, the undersigned conferred with Counsel for Plaintiff regarding this motion.  Counsel for Plaintiff stated that Plaintiff does not oppose this motion.

>*/s/ Jonathan Elifson*
>Jonathan Elifson

## CERTIFICATE OF SERVICE

I certify that on February 2, 2026, I electronically filed the foregoing document and that it is available for viewing and downloading from the CM/ECF system.  I further certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

>*/s/ Jonathan Elifson*
>Jonathan Elifson