# EXHIBIT A

I, Adam Johnke, am a Partner with Defendant A.S.H. Electrical Services, LLC. I have been served with a copy of the Motion to Withdraw as Counsel for Defendant in this matter. Defendant has not yet secured replacement representation.

_Adam C Johnke_  01-30-26

Adam Johnke
A.S.H. Electrical Services, LLC
3214 Sunset Dr.
San Angelo, TX 76094
(325)716-6696