IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, §§§ Plaintiff, § § v. § § A.S.H. ELECTRICAL SERVICES, LLC, § Defendant. §§ | CIVIL ACTION NO. 1:25-cv-01643-DAE |

## PLAINTIFF'S EXPERT DESIGNATION

TO THE HONORABLE SENIOR UNITED STATES DISTRICT JUDGE:

Comes now Plaintiff, IBEW Local 520, and pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure and the Court's Scheduling Order, designates the following testifying expert:

Matt Bachop.

The materials required by Rule 26(a)(2)(C) have been served on Defendant.

*Respectfully submitted,*

DEATS DURST & OWEN, PLLC

   /s/ Matt Bachop
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
(512) 474-6200
FAX (512) 474-7896

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record by the Court's CM/ECF system on this 3rd day of February, 2026.

/s/ Matt Bachop
Matt Bachop
