IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, | § § § § | |
| *Plaintiff,* | § | CIVIL ACTION NO. 1:25-cv-1643 |
| v. | § § § | |
| A.S.H. ELECTRICAL SERVICES, LLC, | § § | |
| *Defendant.* | § | |

### DEFENDANT'S EXPERT DESIGNATION

TO THE HONORABLE SENIOR UNITED STATES DISTRICT JUDGE:

Comes now Defendant, A.S.H. Electrical Services, LLC, and pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure and the Court's Scheduling Order, designates the following testifying expert:

Jonathan Elifson
Texas Bar No. 24096065
Jonathan.Elifson@jacksonlewis.com
**JACKSON LEWIS P.C.**
500 N. Akard St., Suite 2500
Dallas, Texas 75201
Telephone: (214) 520-2400
Facsimile: (214) 520-2008

The materials requested by Rule 26(a)(2)(C) have been served on Plaintiff.

Dated: February 5, 2026	Respectfully submitted,

                                               **JACKSON LEWIS P.C.**

*/s/ Jonathan Elifson*
Jonathan Elifson
Texas Bar No. 24096065
Jonathan.Elifson@jacksonlewis.com
**JACKSON LEWIS P.C.**
500 N. Akard St., Suite 2500
Dallas, Texas 75201
Telephone: (214) 520-2400
Facsimile: (214) 520-2008

And

Nathaniel J. Higgins
Texas Bar No. 24087720
Nathaniel.Higgins@jacksonlewis.com
Jackson Lewis P.C.
717 Texas Avenue, Suite 1700
Houston, Texas 77002
Telephone: (713) 650-0404
Facsimile: (713) 650-0405

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on February 5, 2026, I electronically filed the foregoing document and that it is available for viewing and downloading from the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                                */s/ Jonathan Elifson*
                                                Jonathan Elifson