# JacksonLewis

Jackson Lewis P.C.
500 N. Akard Street, Suite 2500
Dallas TX 75201
(214) 520-2400 Direct
(214) 520-2008 Fax
**jacksonlewis.com**
Direct Dial: 972-728-3258

Jonathan.Elifson@jacksonlewis.com

March 5, 2026

Honorable David Alan Ezra
United States District Court, WDTX
501 West Fifth Street, Suite 1100
Austin, Texas 78701

Re: *International Brotherhood of Electrical Workers, Local 520 v. A.S.H. Electrical Services, LLC*; Cause No. 1:25-cv-1643-DAE, In the United States District Court, WDTX

Dear Judge Ezra,

As you may be aware, counsel for Defendants have twice moved to withdraw as attorneys of record for A.S.H. Electrical Services, LLC. As explained in our motions, due to significant differences of opinion regarding this matter, we provided our client with an option for continued representation under certain conditions. Although we followed up with our client, we have not received a response as to the client's desire to move forward under the proffered conditions.

As such, the attorney-client relationship remains irretrievably broken. Accordingly, we respectfully request that you grant our request to withdraw as counsel of record in this matter so that Defendant can proceed with counsel more aligned with its approach to the case.

Sincerely,

Jonathan Elifson
Lead Counsel for Defendants

Cc:  *A.S.H. Electrical Services, LLC*
Adam Johnke (adam@ashelectricalservices.com)
Shannon Carpenter (shannon@ashelectricalservices.com)