RECEIVED
March 03, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____pg_____
DEPUTY

IN THE UNITED STATES DICSTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, | § § § § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 1:25-cv-1643 |
| v. | § § § | |
| A.S.H. ELECTRICAL SERVICES, LLC, | § § § | |
| *Defendant*, | § | |

## MOTION FOR EXTENSION OF TIME TO LOCATE AND IDENTIFY COUNSEL FOR DEFENDEANT A.S.H. ELECTRICAL SERVICES, LLC

TO THE HONORABLE DAVID ALAN EZRA:

A.S.H. Electrical Services, LLC, Defendant, proceeding pro se, respectfully moves this Court for a fourteen (14) day extension of time to locate and identify new counsel, and in support thereof would show the Court as follows:

1. On February 5, 2026, the Court issued an order requiring the parties to locate and identify new counsel on or before March 7, 2026.

2. Defendant, A.S.H. Electrical Services, LLC, has been diligent in seeking new representation, having met previously with three separate firms, and has an appointment with prospective counsel scheduled for March 4, 2026.

3. Because the appointment is only three days before the current deadline, additional time is needed for prospective counsel to review the case files and make a formal appearance.

4. Defendant, A.S.H. Electrical Services, LLC, requests that the deadline be extended from March 7, 2026, to March 21, 2026.

5. This motion is not made for purposes of delay but so that justice may be served. No party will be prejudiced by this brief extension.

## PRAYER FOR RELIEF

For the foregoing reasons, Defendant, A.S.H. Electrical Services, LLC, respectfully requests that the Court grant this Motion and extend the deadline to identify counsel to March 21, 2026.

Dated: March 02, 2026                          Respectfully submitted,

                                                      **A.S.H. ELECTRICAL SERVICES, LLC**

                                                    */s/ Adam C. Johnke*
                                                    Adam C. Johnke- Partner
                                                    A.S.H. Electrical Services, LLC
                                                    3214 Sunset Drive
                                                    San Angelo, Texas 76904
                                                    Telephone: (325) 716-6696
                                                    adam@ashelectricalservices.com

## CERTIFICATE OF CONFERENCE

On March 02, 2026, the undersigned conferred with Counsel for Plaintiff regarding this motion. Counsel for Plaintiff stated that Plaintiff does not oppose this motion.

                                                    */s/ Adam C. Johnke*
                                                    Adam C. Johnke- Partner

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on counsel of record by email on this 3rd day of March, 2026.

                                                    */s/ Adam C. Johnke*
                                                    Adam C. Johnke- Partner