IN THE UNITED STATES DICSTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, | § § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO. 1:25-cv-1643 |
| v. | § § | |
| A.S.H. ELECTRICAL SERVICES, LLC, | § § § | |
| *Defendant,* | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO LOCATE AND IDENTIFY COUNSEL FOR DEFENDEANT A.S.H. ELECTRICAL SERVICES, LLC

On this day, the Court considered Defendant, A.S.H. Electrical Services, LLC's ("Defendant") Motion for Extension of Time to Locate and Identify Counsel. Having considered the Motion, the arguments of the parties, and the applicable law, the Court is of the opinion that the Motion should be **GRANTED**. It is, therefore,

ORDERED that Defendants Motion is hereby GRANTED in its entirety.

SIGNED this _____day of _____, 2026

_____
UNITED STATES DISTRICT JUDGE