UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, *Plaintiff* | § § § § § § | |
| v. | § § | No.  1:25-CV-1643-DAE |
| A.S.H. ELECTRICAL SERVICES LLC, *Defendant* | § § § § | |

**ORDER**

Before the Court is the motion to withdraw, filed by the Defendant A.S.H. Electrical Services, LLC's ("A.S.H.") attorneys, Jonathan Elifson and Nathaniel Higgins, and their law firm, Jackson Lewis P.C., Dkt. 21. The District Judge held the motion in abeyance to allow A.S.H. to locate substitute counsel since a corporation may not appear in court without representation. Dkt. 24. When A.S.H. failed to retain new counsel by the deadline set by the Court to do so, the District Judge referred the motion to the undersigned for disposition. After considering the parties' filings and the applicable law, the Court will grant the motion.

Accordingly, **IT IS ORDERED** that Jonathan Elifson and Nathaniel Higgins's motion to withdraw, Dkt. 21, is **GRANTED**.

**IT IS FURTHER ORDERED** that Jonathan Elifson and Nathaniel Higgins and their law firm, Jackson Lewis P.C., are **WITHDRAWN** as counsel for A.S.H. The Court **FURTHER ORDERS** A.S.H. to retain new counsel and to file a notice with

1

the Court no later than **Wednesday, April 15, 2026**, advising the Court of the name of the new counsel A.S.H. has retained to represent it. The Court reminds A.S.H. that it cannot represent itself in this litigation. The Court cautions A.S.H. that if it fails to timely secure counsel as ordered here, Plaintiff International Brotherhood of Electrical Workers, Local 520 may move the Court to order A.S.H. to show cause why sanctions, up to and including default judgment, should not be entered against it.

SIGNED March 31, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE