**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520** | §<br>§<br>§<br>§<br>§ | |
| **V.** | § | **CIVIL ACTION NO. 1:25-CV-1643** |
| | §<br>§ | |
| **A.S.H. ELECTRICAL SERVICES, LLC** | § | |

**APPEARANCE OF ATTORNEY FOR A.S.H. ELECTRICAL SERVICES, LLC**

TO THE HONORABLE JUDGE OF THIS COURT:

A.S.H. ELECTRICAL SERVICES, LLC, Defendant, files this Notice of Appearance of Counsel for Jon Mark Hogg of Jon Mark Hogg PLLC, 1 East Twohig Ave, 2nd Floor, San Angelo, Texas 76903 and designates Jon Mark Hogg as lead counsel and attorney-in-charge in connection with this case. Plaintiff specifically requests that in the future all parties and the Court direct all correspondence, pleadings and notices to Jon Mark Hogg at the address listed below.

Respectfully submitted,

By: /s/ *Jon Mark Hogg*
          Jon Mark Hogg
          SBN: 00784286

JON MARK HOGG PLLC.
1 East Twohig Ave, 2nd Floor
San Angelo, Texas 76903
(325) 777-0455
jmh@jmhogglaw.com

ATTORNEY FOR DEFENDANT A.S.H.
ELECTRICAL SERVICES, LLC

## **CERTIFICATE OF SERVICE**

This is to certify that on April 14, 2026, this document was electronically served using the E-File Texas System which will send notice to all attorneys of record on file.

/s/ *Jon Mark Hogg*
Jon Mark Hogg