# EXHIBIT 1

| | |
|---|---|
| **From:** | Elifson, Jonathan (Dallas) |
| **To:** | Matt Bachop; Kountz, Maria (Albuquerque) |
| **Cc:** | Higgins, Nathaniel J. (Houston); Tilkens, Mark P. (Dallas); Parker, Talley R. (Dallas) |
| **Subject:** | RE: IBEW 520 v. A.S.H. - Discovery Requests |
| **Date:** | Friday, April 3, 2026 1:16:08 PM |
| **Attachments:** | image001.png |
| | image668836.png |

Matt,

Please accept this e-mail as notice of withdrawal of the discovery requests our firm served on Plaintiff on April 1.

Thank you,

Jonathan



**Jonathan Elifson**

Attorney at Law

**Jackson Lewis P.C.**
500 N. Akard Street.
Suite 2500
Dallas, TX 75201
Direct: (972) 728-3258 | Main: (214) 520-2400
Jonathan.Elifson@jacksonlewis.com | www.jacksonlewis.com

**From:** Elifson, Jonathan (Dallas) <Jonathan.Elifson@jacksonlewis.com>
**Sent:** Friday, April 3, 2026 11:53 AM
**To:** Matt Bachop <mbachop@ddollaw.com>; Kountz, Maria (Albuquerque) <Maria.Kountz@jacksonlewis.com>
**Cc:** Higgins, Nathaniel J. (Houston) <Nathaniel.Higgins@jacksonlewis.com>; Tilkens, Mark P. (Dallas) <Mark.Tilkens@jacksonlewis.com>
**Subject:** RE: IBEW 520 v. A.S.H. - Discovery Requests

Thank you, Matt, for your message. We will respond—please give us until later today or Monday to do so.

Thank you,

Jonathan



**Jonathan Elifson**

Attorney at Law

**Jackson Lewis P.C.**
500 N. Akard Street.
Suite 2500
Dallas, TX 75201
Direct: (972) 728-3258 | Main: (214) 520-2400
Jonathan.Elifson@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Matt Bachop <mbachop@ddollaw.com>
**Sent:** Thursday, April 2, 2026 9:40 AM
**To:** Elifson, Jonathan (Dallas) <Jonathan.Elifson@jacksonlewis.com>; Kountz, Maria (Albuquerque) <Maria.Kountz@jacksonlewis.com>
**Cc:** Higgins, Nathaniel J. (Houston) <Nathaniel.Higgins@jacksonlewis.com>; Tilkens, Mark P. (Dallas) <Mark.Tilkens@jacksonlewis.com>
**Subject:** RE: IBEW 520 v. A.S.H. - Discovery Requests

Jonathan,

Thanks for your response. Can you please let me know your position on how the Court's March 31, 2026 Order and your failure to file a notice indicating that you are resuming representation of A.S.H. impact your ability to serve discovery requests on behalf of A.S.H., if at all?

From my perspective, you are blatantly disregarding the Court's Order, which you requested, and which orders that you are no longer counsel of record for A.S.H. I think these requests were served in violation of FED. R. CIV. P. 26(g)(1), which requires discovery requests to "be signed by at least one attorney of record." In my opinion, Local 520 has "no duty to act" on the requests under FED. R. CIV. P. 26(g)(2), and your certification is sanctionable under FED. R. CIV. P. 26(g)(3), but I am interested in your perspective on those issues.

Unless you have authority that is contrary to all the authority I have been able to locate, I plan to file a motion asking the Court to strike these discovery requests and to sanction you for an improper certification on them. Please let me know if you oppose such a motion. Thanks,

Matt

---

Matt Bachop
Deats Durst & Owen, P.L.L.C.

**New address** (mail only):
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
737-205-1026 (direct) / 512-474-6200 x 1005
www.ddollaw.com

**From:** Elifson, Jonathan (Dallas) <Jonathan.Elifson@jacksonlewis.com>
**Sent:** Wednesday, April 1, 2026 5:22 PM
**To:** Matt Bachop <mbachop@ddollaw.com>; Kountz, Maria (Albuquerque) <Maria.Kountz@jacksonlewis.com>
**Cc:** Higgins, Nathaniel J. (Houston) <Nathaniel.Higgins@jacksonlewis.com>; Tilkens, Mark P. (Dallas) <Mark.Tilkens@jacksonlewis.com>
**Subject:** RE: IBEW 520 v. A.S.H. - Discovery Requests

Matt,

Thank you for your message. We are serving discovery requests on behalf of A.S.H. as the discovery period closes on May 6. We also plan to respond to Plaintiff's requests on their behalf as the discovery responses are due on April 7 and the deadline for new counsel to appear is not until April 15.

Thanks,

Jonathan



**Jonathan Elifson**

Attorney at Law

**Jackson Lewis P.C.**
500 N. Akard Street.
Suite 2500
Dallas, TX 75201
Direct: (972) 728-3258 | Main: (214) 520-2400
Jonathan.Elifson@jacksonlewis.com | www.jacksonlewis.com

**From:** Matt Bachop <mbachop@ddollaw.com>
**Sent:** Wednesday, April 1, 2026 5:05 PM
**To:** Kountz, Maria (Albuquerque) <Maria.Kountz@jacksonlewis.com>
**Cc:** Elifson, Jonathan (Dallas) <Jonathan.Elifson@jacksonlewis.com>; Higgins, Nathaniel J. (Houston) <Nathaniel.Higgins@jacksonlewis.com>; Tilkens, Mark P. (Dallas) <Mark.Tilkens@jacksonlewis.com>
**Subject:** RE: IBEW 520 v. A.S.H. - Discovery Requests

Jonathan,

I am so confused. You went through herculean efforts over the course of months to get out from representing A.S.H. Your motion to withdraw was granted yesterday. You have not filed a notice that you decided to represent A.S.H. again. But now I get discovery requests signed by you as counsel for A.S.H. Do you represent the Company or not? Please let me know what is going on.

Matt

---

Matt Bachop
Deats Durst & Owen, P.L.L.C.

**New address** (mail only):
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
737-205-1026 (direct) / 512-474-6200 x 1005
www.ddollaw.com

---

**From:** Kountz, Maria (Albuquerque) <Maria.Kountz@jacksonlewis.com>
**Sent:** Wednesday, April 1, 2026 4:37 PM
**To:** Matt Bachop <mbachop@ddollaw.com>
**Cc:** Elifson, Jonathan (Dallas) <Jonathan.Elifson@jacksonlewis.com>; Higgins, Nathaniel J. (Houston) <Nathaniel.Higgins@jacksonlewis.com>; Tilkens, Mark P. (Dallas) <Mark.Tilkens@jacksonlewis.com>
**Subject:** IBEW 520 v. A.S.H. - Discovery Requests

**Sent on behalf of Jonathan Elifson**

Please see attached regarding the above-referenced matter.

Best regards,



**Maria T Kountz**  (Counts | She/Her)
Legal Secretary

**Jackson Lewis P.C.**
500 N. Akard Street.
Suite 2500
Dallas, TX 75201
Direct: (972) 728-3249 | Main: (214) 520-2400
Maria.Kountz@jacksonlewis.com | www.jacksonlewis.com