# EXHIBIT 2

| From: | Matt Bachop |
|---|---|
| To: | adam@ashelectricalservices.com |
| Cc: | shannon@ashelectricalservices.com |
| Subject: | RE: IBEW 520 v. A.S.H. - Discovery Requests |
| Date: | Friday, April 3, 2026 4:55:27 PM |
| Attachments: | image001.png |

Adam,

Thanks for your e-mail. It is our position that by serving these discovery requests, you are violating the Court's March 31, 2026 Order, which makes clear that "A.S.H. . . . cannot represent itself in this litigation." We are requesting that you withdraw these requests. Please let me know if you are willing to do so. If you do not, I will file a motion asking the Court to strike the requests and to sanction you for violating the Court's Order. Thanks,

Matt

Matt Bachop
Deats Durst & Owen, P.L.L.C.

**New address** (mail only):
2901 Bee Caves Rd., Ste. L
Austin, Texas 78746
737-205-1026 (direct) / 512-474-6200 x 1005
www.ddollaw.com

**From:** adam@ashelectricalservices.com <adam@ashelectricalservices.com>
**Sent:** Friday, April 3, 2026 4:46 PM
**To:** Matt Bachop <mbachop@ddollaw.com>
**Cc:** shannon@ashelectricalservices.com
**Subject:** IBEW 520 v. A.S.H. - Discovery Requests

Mr. Bachop,

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, please find attached, Defendant, ASH Electrical Services, LLC:

1. **First Set of Interrogatories** to Plaintiff, International Brotherhood of Electrical Workers, Local 520, and

2. **First Requests for Production of Documents** to Plaintiff, International Brotherhood of Electrical Workers, Local 520

Please acknowledge receipt of this service.

Regards,

Adam C. Johnke
A.S.H. Electrical Services LLC
P.O. Box 61905
San Angelo, Texas 76906
Office: 325-716-6696
TECL #34111

In the interest of a healthy professional/personal life balance, our team has been instructed to step away from our devices and will not be reading or responding to professional emails or texts between the hours of 6pm and 7am.  As our business operates on a 24/7 basis for emergencies, please call 1-325-716-6696, and leave a detailed message for any matter that qualifies as such.  We appreciate your patience and understanding that we all need to unplug to keep our minds healthy and happy! Thank you

www.ashelectricalservices.com