**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD**<br>**OF ELECTRICAL WORKERS,**<br>**LOCAL 520** | §<br>§<br>§<br>§ | |
| **v.** | §<br>§ | **CIVIL ACTION NO. 1:25-cv-1643** |
| **A.S.H. ELECTRICAL SERVICES,**<br>**LLC** | §<br>§<br>§ | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY**
**SCHEDULING ORDER**

The Court considered, on the date subscribed to this order, Defendant's Unopposed Motion to Modify Scheduling Order. After considering the motion and the pleadings and other papers on file, the Court finds that the motion should be and is in all things GRANTED.

IT IS THEREFORE ORDERED that the Court's December 13, 2025 order (Doc. 13) is modified by extending the discovery deadline by sixty (60) days to July 5, 2026 and the dispositive motions deadline by thirty (30) days from the new discovery deadline to August 4, 2026.

SIGNED THIS _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE