**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF** | § | |
| **ELECTRICAL WORKERS, LOCAL 520,** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:25-cv-01643-DAE** |
| | § | |
| **A.S.H. ELECTRICAL SERVICES, LLC,** | § | |
| **Defendant.** | § | |

**ORDER GRANTING PLAINTIFF'S AGREED MOTION TO BE EXCUSED FROM**
**ADR/MEDIATION REQUIREMENT UNDER LOCAL RULE CV-88(e)**

Came before the Court Plaintiff's Agreed Motion to be Excused from ADR/Mediation Requirement Under Local Rule CV-88(e). Having considered the motion, and noting that it is agreed, the Court GRANTS the motion in its entirety. The Court therefore ORDERS that this case is exempt from the ADR/Mediation requirement under Local Rule CV-88(e)

Signed this _____ day of _____, 2026.

_____
HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE