

PLAINTIFF'S
EXHIBIT

**3**



A.S.H. ELECTRICAL SERVICES, LLC
P.O. BOX 61905
SAN ANGELO, TEXAS, 76904
325.716.6696

**I.B.E.W. LOCAL UNION 520**
**CENTRAL TEXAS CHAPTER, NECA**

May, 30, 2023

In accordance with the provisions of the Letter of Assent- A, between A.S.H. Electrical Services, LLC, Central Texas Chapter, NECA, and IBEW Local Union 520, this letter shall serve as notice of A.S.H. Electrical Services, LLC intent to terminate our partnership with I.B.E.W. Local Union 520 and the Central Texas Chapter, NECA.  It is the position of A.S.H. Electrical Services, LLC that due to lack of qualified craftsmen, the local union HAS NOT and CANNOT provide employees which are crucial to furthering of our business plan/model.  To provide qualified men and women to the employer was the very basis of the agreement.  Unfortunately, conversely, it seems as though our purpose has been to provide the local union with membership.  Furthermore, much emphasis was placed upon the Code of Excellence program. Issues which were brought before representatives of Local Union 520 were conveniently "brushed under the rug" with no regard as to the negative impact upon the contractor.  Quite frankly, I find it absurd a program exists in which- A: the content is not enforced, rather it becomes just another "training class "and box to check. B: Program attempts to instruct an individual to be a responsible, ethical, adult when accepting and continuing employment with a contractor. For these reasons, A.S.H. Electrical Services, LLC will no longer participate in a single sided equation in which there exists one beneficiary.  This letter shall serve as our 150-day notice to terminate the Letter of Assent- A, signed May 13, 2021.

Respectfully,

*Adam C. Johnke*

**Adam C. Johnke- Partner**

Date: *May 30, 2023*

*Shannon J. Carpenter*

**Shannon J. Carpenter- Partner**

Date: *May 30, 2023*

IBEW 520 0002