

PLAINTIFF'S
EXHIBIT

**4**
_____  _____

JAY WALLACE
TEL: 214.740.1407
FAX: 214.740.1407
JWALLACE@BELLNUNNALLY.COM

December 27, 2023

**VIA CMRRR #9414 7266 9904 2221 4527 24**
I.B.E.W. Local Union 520
Attn: Diarmid Campbell
909 Caddo Street
San Angelo, Texas 76901

**VIA CMRRR #9414 7266 9904 2221 4527 31**
Central Texas Chapter, NECA
Attn: Don Kanetzky
4000 Caven Road
Austin, Texas 78744

Re:    Confirmation of May 30, 2023 Termination of Letter of Assent-A, Labor Agreement, and Bargaining Rights Assigned to NECA and IBEW, Local Union No. 520

To Whom it May Concern:

This firm represents A.S.H. Electrical Services, LLC ("A.S.H."). Direct all future communications regarding your contractual relationship with A.S.H and its termination to me.

As you are aware, A.S.H. sent a letter to both Central Texas Chapter, NECA and I.B.E.W. Local Union 520 ("Local Union") dated May 30, 2023 stating its intent to terminate its contract with both entities upon 150 days' notice and detailing the Local Union's failures to uphold its obligations under the collective bargaining agreement. According to the terms set forth in the Letter of Assent-A, A.S.H.'s May 30, 2023 letter, receipt of which has been confirmed, dutifully informed Local Union and Central Texas Chapter, NECA of its intent to terminate.

With regard to the Local Union's failures, specifically, the Local Union fraudulently induced A.S.H. into the Letter of Assent-A by promising to provide qualified craftsmen and women knowing that it could not fulfil this promise.

Furthermore, the Local Union made additional promises to A.S.H. that the union craftsmen in A.S.H.'s workforce would be subject to the Code of Excellence program, ensuring that the workers would adhere to certain rules and regulations. However, when issues with drug use by craftsmen **on the job** were brought before the Local Union, the Local Union took no action, despite such behaviors by craftsmen putting A.S.H. at high risk of liability, as well as its clients' and the general public's safety in risk.   A.S.H. will not and cannot tolerate the Local Union's negligent operations within its business.

IBEW 520 0004



For these reasons, among others, A.S.H. properly provided notice of termination on May 30, 2023. Accordingly, A.S.H. considers its contractual relationship with IBEW to be terminated as of November 1, 2023 and withdrawals and/or revokes all collective bargaining rights assigned to the Local Union and Central Texas Chapter, NECA.

Sincerely,

Jay Wallace

IBEW 520 0005