

Local 520

# INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

## LOCAL UNION 520

**4818 East Ben White Boulevard, Suite 300 • Austin, Texas 78741**
**512.326.9540 • Fax 512.326.9596**

January 22, 2024

Jay Wallace
Bell Nunnally
2323 Ross Ave., Ste. 1900
Dallas, TX 75201

VIA EMAIL AND CCMR



PLAINTIFF'S EXHIBIT

5

Mr. Wallace,

Dear Mr. Wallace,

In answer to your January 9, 2024 demand, IBEW Local 520's position is that your client's termination of Central Texas Chapter NECA's authority to bargain on its behalf does not effect a termination of the collective bargaining agreement. That agreement remains in effect unless changed or terminated in accordance with its terms. The duration of the collective bargaining agreement is from June 2, 2022 through June 1, 2025.

Article I of the agreement spells out the procedure for changing or terminating the agreement. Local 520 will accept your December 27, 2023 as the written notice required under Section 1.02(a) of the Agreement, despite the fact that it comes well over a year before its due date. Though your notice is then timely, it is just that—notice. You should expect that the Local Union will timely provide notice to your client of the Union's proposed changes to the agreement. The agreement remains in full force and effect until a conclusion is reached resolving our forthcoming dispute over your desire to terminate the agreement and the Local Union's desire to modify it. Section 1.02(c). Note that Section 1.02(f) provides that your notice of the desire to terminate the agreement shall be handled in the same manner as the Local Union's forthcoming proposed changes.

Absent your confirmation that the collective bargaining agreement remains in full force and effect and that your client will comply with its terms until our dispute over proposed changes or termination is resolved in accordance with the procedure spelled out in Article I, the Local Union will take immediate action to enforce it.

I will need your confirmation by February 5, 2024.

Sincerely,

Ben Brenneman
Business Manager
IBEW Local 520

IBEW 520 0007