

# INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS

### LOCAL UNION 520

**4818 East Ben White Boulevard, Suite 300 • Austin, Texas 78741**
**512.326.9540 • Fax 512.326.9596**

Local 520



PLAINTIFF'S
EXHIBIT

**6**

2/3/2025

Adam Jhonke
A.S.H. Electrical Services
4000 Caven Rd.
Austin, TX 78745

RE: Changes to the A.S.H. Electrical Services/IBEW 520 Agreement

Mr. Johnke,

As I assured you by letter of May 30, 2024, this is notice, per Article I, Section 1.02(a) of the Inside Agreement, of IBEW Local 520's desire to modify the terms and conditions of said Agreement. Further, per Section 1.02(b) of said Article, the proposed changes will be specified in writing and provided to you no later than the first bargaining session. I propose that we meet on February 20, 2025 to begin negotiating a successor Agreement. I am, of course, open to considering any alternative dates you might propose.

Should there be any questions concerning the nature of this notice, please contact me at your earliest convenience.

Thank you,

Ben Brenneman
Business Manager
IBEW Local 520

IBEW 520 0014