-ASH Electric Brief-



PLAINTIFF'S EXHIBIT 7

On December 27, 2023, Local 520 received a letter from A.S.H. Electrics' lawyer stating they had removed their bargaining rights from the Central Texas Chapter of NECA and wished to terminate the CBA and bargain with IBEW independently.

Local 520 responded to Jay Wallace and Bell Nunnally Lawyers for A.S.H. Electrical on January 3, 2024, and notified them that the termination of agency does not terminate the CBA.

On January 9, 2024, we received a letter from A.S.H. Electrical Lawyer, Jay Wallace, stating the same case as before regarding A.S.H.'s termination of the CBA.

On January 22, 2024, Local 520 sent a letter to The Lawyers of A.S.H. Electrical stating our cases again.

On January 30, 2024, A.S.H. Electrical sent a letter to Local 520 stating that all notifications shall now be directed to them, A.S.H. Electrical, and not to Jay Wallace or Bell Nunnally, the Lawyers. A.S.H. Electrical once again stated that they would like to terminate the CBA.

On February 28, 2024, a meeting was requested with A.S.H. Electrical for March 28, 2024.

On March 28, 2024, Assistant Business Manager Diarmid Campbell showed up for the meeting, no representatives were there on behalf of A.S.H. Electrical.

On May 30, 2024, Local 520 sent a letter to A.S.H. Electrical explaining in detail the methods for terminating or amending the Agreement.

On January 17, 2025, Business Manager Ben Brenneman notified A.S.H. Electrical of its desire to amend the Agreement and that we would meet in February 2025 on a day and time that would work best for A.S.H. Electrical so we could begin negotiating a successor agreement.

On February 3, 2025, Local 520 sent a second letter to A.S.H. Electrical requesting a meeting in February that would work for them.

On February 25, 2025, Local 520 sent a third letter to A.S.H. Electrical requesting a date for negotiations.

On March 13, 2025, A.S.H. Electrical sent a response asking to meet on March 18, 2025, to begin negotiations.

IBEW 520 0130

On March 18, 2025, Local 520 Assistant Business Manager Diarmid Campbell and A.S.H. Electrical owners Adam Jonke and Shannon Carpenter opened negotiations at 909 Caddo Street. Negotiations started with Local 520 giving our opening proposal and ended 10-15 minutes later due to the hostile conduct of the parties representing A.S.H. Electrical.

On April 8, 2025, Local 520 Assistant Business Manager Diarmid Campbell and A.S.H. Electrical owners Adam Jonke and Shannon Carpenter negotiated for a second time at 909 Caddo Street. Local 520 presented our opening proposal again, with us talking for 40-50 minutes and being shut down after A.S.H. Electrical made comments on Assistant Business Manager Diarmid Campbell's religion and faith.

On April 16, 2025, Local 520 asked A.S.H. Electrical to file jointly for CIR.

Receiving no response, On April 17, 2025, Local 520 filed unilaterally for CIR.

On April 28, 2025, Local 520 Business Manager Diarmid Campbell and A.S.H. Electrical owner Adam Jonke negotiated a third time at 909 Caddo Street. A.S.H. Electrical finally presented a counterproposal, with Local 520 also offering a counterproposal and notifying A.S.H. Electrical that Local 520 has filed for CIR.

On April 29, 2025, Local 520 took the counterproposal to its members that A.S.H. proposed. Correspondence has been given to A.S.H. Electrical to see if they are willing to negotiate on portions of their proposal.

Our difficulties in getting bargaining proposals from Mr. Jonke and the way A.S.H. Electrical has acted in a hostile manner, we believe that A.S.H. Electrical is just "surface bargaining" and has left us unable to resolve this contract. We therefore request that the CIR award a contract like what has been agreed upon by other union electrical contractors in our jurisdiction.


Supporting Facts regarding proposed wage increase:

- Solar Farm and Data Center work is being done in Abilene, TX., at $45 an hour.
- Solar Farm project in Tennyson, TX., being bid at $45 an hour minimum.
- The Solar Farm project planned in Brownwood, TX., is being bid at around $40-$45 an hour.
- ASH Electric has bid and gotten work at Austin Scale, plus a 30% added in the scale, showing they can support a $40-$45 wage scale.

IBEW 520 0131