**Diarmid Campbell**

| | |
|---|---|
| **From:** | Diarmid Campbell |
| **Sent:** | Wednesday, April 16, 2025 8:29 AM |
| **To:** | adam@ashelectricalservices.com |
| **Subject:** | Negotiations |

PLAINTIFF'S
EXHIBIT

**8**

Good morning, I'm emailing regarding negotiations and our lack to reach common ground. If we cannot come to an agreement by April 20th,  I would like to ask that we file jointly for CIR. Please let me know and we can proceed accordingly. Thank you

Get Outlook for iOS

IBEW 520 0535