**Diarmid Campbell**

| | |
|---|---|
| **From:** | Diarmid Campbell |
| **Sent:** | Thursday, May 1, 2025 3:26 PM |
| **To:** | adam@ashelectricalservices.com |
| **Subject:** | Brief |
| **Attachments:** | ASH Brief with Exhibits.pdf |

PLAINTIFF'S
EXHIBIT

**9**
_____

Attached is a copy of the Brief

Get Outlook for iOS

IBEW 520 0549