PLAINTIFF'S
EXHIBIT

**11**

| | |
|---|---|
| **From:** | adam@ashelectricalservices.com |
| **To:** | secretary thecir.org |
| **Subject:** | RE: Preliminary Decision- LU 520 & A.S.H. Electrical Services, LLC |
| **Date:** | Friday, May 23, 2025 4:11:01 PM |
| **Attachments:** | image005.png |
| | LU 520 & ASH Electric LLC. - Wage Case.pdf |

A.S.H. Electrical Services, LLC formally requests reconsideration and makes appeal regarding the attached, proposed contract. After having reviewed, there exists NO CONCESSIONS granted A.S.H. Electrical Services, LLC regarding contract between parties. Please see below:

1. Contractors located within the geographical area defined as ZONE III- San Angelo have tentatively agreed to $29.00 base JIW rate, A memorandum for Zone III was not contained within Contract Provisions issued by CIR. MOU regarding Zone III tentatively agreed upon by Contractors and Contingent upon respective agreement between LU 520 and NECA was provided within Brief attachments.

2. Upon several instances, Mr. Diarmid Campbell has in fact perjured himself in documentation presented to the Council. Attachments and brief provided by A.S.H. Electrical Services, LLC submitted are contrary to statements presented by I.B.E.W. 520.

3. Historical Wage and Benefit Information presented to the Council by I.B.E.W. 520 is erroneous in nature as San Angelo is bordered geographically by LU# 602 and LU# 681 – Midland/Odessa, Texas and Wichita Falls, Texas respectively. San Antonio, Texas- LU# 60 and Waco, Texas LU# 72 are bordering locals for Austin, Texas. San Angelo, Texas has at all times maintained separation from Austin, Texas with respect to Wages and fringe benefits. Prior to 2017 San Angelo, Texas maintained separate local- I.B.E.W. LU# 898- coincidentally wage and fringe information provided by LU# 520 spans from 2017 to present.

4. It was disclosed within A.S.H. Electrical Services, LLC brief to the Council an open, pending case with the National Labor Relations Board- NLRB – Case # 16-CB-364062 has been filed and is currently awaiting decision.

It is the opinion of the representatives of A.S.H. Electrical Services, LLC brief presented to the Council upon our behalf was NOT read nor considered prior to rendering of preliminary decision. Based upon contract which has been presented not ONE consideration was made upon behalf of A.S.H. Electrical Services, LLC. Contract presented appears in every facet to be of the same like and type of contract presented to I.B.E.W. LU# 520 and does not in any shape form or fashion depict A.S.H. Electrical Services, LLC as an independent body more especially in regards to the ZONE III status and length of contract. Furthermore the process required to unilaterally submit to the Council of Industrial relations was not adhered to in any aspect which should have rendered this specific case unable to be heard. To adhere to the presented contract will most certainly result in further economic harm up to and including bankruptcy as the San Angelo geographical area cannot support the wage and benefits imposed.

IBEW 520 0232

A.S.H. Electrical Services, LLC representatives firmly and wholeheartedly believe a just and reasonable weighing of evidence presented did not occur based upon contract which has been received.  Please provide direction as to procedure to file a formal appeal regarding decision rendered. We look forward to response from your office.

Sincerely,


Adam C. Johnke

A.S.H. Electrical Services LLC

P.O. Box 61905

San Angelo, Texas 76906

Office: 325-716-6696

TECL #34111


In the interest of a healthy professional/personal life balance, our team has been instructed to step away from our devices and will not be reading or responding to professional emails or texts between the hours of 6pm and 7am.  As our business operates on a 24/7 basis for emergencies, please call 1-325-716-6696, and leave a detailed message for any matter that qualifies as such.  We appreciate your patience and understanding that we all need to unplug to keep our minds healthy and happy! Thank you

www.ashelectricalservices.com