

# THE COUNCIL ON INDUSTRIAL RELATIONS
## FOR THE ELECTRICAL CONTRACTING INDUSTRY

OFFICE OF THE SECRETARY • 900 7th STREET, N.W. • WASHINGTON, D.C. 20001
PHONE (202) 728-6165 • FAX (202) 728-6168 • WEBSITE: WWW.THECIR.ORG

June 10, 2025

**PLAINTIFF'S EXHIBIT**

**12**

Mr. Adam C. Johnke
Co-Owner
A.S.H. Electrical Services, LLC
P.O. Box 61905
San Angelo, Texas 76906

Mr. Ben Brenneman
Business Manager
IBEW Local Union 520
4818 East Ben White Blvd
Austin, TX 78741

RE: Reconsideration of Council on Industrial Relations Decision

Dear Mr. Johnke:

We have received your request that the Council on Industrial Relations ("CIR") reconsider its May 13, 2025, decision in which it directed A.S.H. Electrical Services, LLC and IBEW Local 520 "to sign and immediately implement the Collective Bargaining Agreement" attached to the CIR's decision. The CIR fully considered the issues you have raised in your request for reconsideration. There is no basis for the CIR to reconsider its decision, which is final and binding on the parties.



Al D. Davis
Secretary, CIR

Steve Krieg
Treasurer, CIR

SK/ADD:ek

Copy to:   Chris J. Wagner, International Vice President, IBEW Seventh District
           Frank Piatt, Executive Director, Southern Region, NECA

IBEW 520 0234