

PLAINTIFF'S
EXHIBIT

**14**
_____

April 16, 2025                                                   VIA EMAIL AND CMRR

Mr. Diarmid Campbell
Organizer/Assistant Business Agent
IBEW Local 520
909 Caddo St
San Angelo, TX 7901

Mr. Campbell,

This letter is to recap the party's bargaining history, our (A.S.H. Electrical Services, LLC) position with regard to accepting language presented by the Local, and response to an email I received from you today.

As you are aware, you represented I.B.E.W. Local Union # 520, along with Ms. Shannon Carpenter, and myself during 2 collective bargaining sessions, specifically on:

- March 18, 2025, and
- April 8, 2025.

During the March 18, 2025, session you presented us with a comprehensive proposal (Attachment 1).

During the April 8, 2025, session the parties walked through and discussed the Union's proposal in great detail. We are willing to accept and tentatively agree to your Item #2 from the proposal.  However, your statements from that meeting are quoted below and are followed by our response:

> "…….. everything that is proposed today, I would run by Austin because I know Thursday they're actually meeting."

> "……no, I don't believe anything could be signed just because that is the process we are in."

Our acceptance of the Union's proposal #2 was your language! I would be surprised if you were not aware that it is unlawful under the National Labor Relations Act to send representatives to the bargaining table without actual table authority to bargain. Therefore, we expect that in keeping with the Act, you formally tentatively agree to language that we accepted from your proposal on April 8, 2025.

> "……we would have to run it by the attorney and everything like that to make sure that what were signing off isn't going against NECA. It can't be better than NECA.

To be clear, we also clarified for you during the April 8, 2025, meeting that A.S.H. Electrical Services, LLC, withdrew from NECA and asked you who drafted the Union's original proposal.  You responded, "This is what Austin proposed, so I took their proposal and put them here because that's what was given to NECA, since it's the CBA".

IBEW 520 0512

Finally, I am in receipt of your Wednesday, April 16, 2025, email (Attachment 2). I am very confused as Article 1.02, (d) of the current CBA states:

> (d) Unresolved issues of disputes arising of the failure to negotiate a renewal or modification of this agreement that remain on the 20th of the month preceding the next regular meeting of the Council on Industrial Relations for the Electrical Contracting Industry (CIR) may be submitted jointly or unilaterally to the Council for adjudication. Such unresolved issues of disputes shall be submitted no later than the next regular meeting of the Council following the expiration date of this agreement or any subsequent anniversary date. The Council's decisions shall be final and binding.

We are currently in contract until June 1, 2025. We have yet to formally propose non-economic/economic proposals to you. We have not claimed impasse, in fact as mentioned previously, have agreed to your #2 proposal. Furthermore, it is of the opinion of A.S.H. Electrical Services, LLC representatives' that to make request to submit negotiations to the Council of Industrial Relations (CIR) at this time is predominately a tactic of "bad faith negotiating" as on its face this constitutes an attempt to suspend the duty to bargain. This "threat" has been mentioned at each negotiation meeting. The CIR does not exist as a "safety net" to exclaim IMPASSE! Each party has a lawful obligation to have engaged in serious negotiations and make a reasonable effort to reach some basis of agreement. Secondly, in our opinion, to request submittal to CIR is in direct violation of the CBA of which both parties, I.B.E.W. Local Union 520 and A.S.H. Electrical Services, LLC are currently bound. Therefore, I reject your proposal to file jointly requesting arbitration on behalf of the Council of Industrial Relations as it is both premature and unlawful at the current time.

I look forward to your response.

Sincerely,

Adam Johnke

IBEW 520 0513