**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL** | § | |
| **BROTHERHOOD OF ELECTRICAL** | § | |
| **WORKERS, LOCAL 520** | § | |
| | § | |
| **v.** | § | **NO. 1:25-CV-01643-DAE** |
| | § | |
| **A.S.H. ELECTRICAL SERVICES,** | § | |
| **LLC** | | |

**APPENDIX TO DEFENDANT/COUNTER-PLAINTIFF A.S.H. ELECTRICAL
SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant/Counter-Plaintiff A.S.H. Electrical Services, LLC's files this its Appendix to its

Motion for Summary Judgment.

Respectfully submitted,

JON MARK HOGG PLLC.
1 East Twohig Ave, 2nd Floor
San Angelo, Texas 76903
jmh@jmhogglaw.com
(325) 777-0455

By: /s/ Jon Mark Hogg
        Jon Mark Hogg
        State Bar No. 00784286

ATTORNEY FOR A.S.H. ELECTRICAL
SERVICES, LLC

## **CERTIFICATE OF SERVICE**

This is to certify that on August 4, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system which will send notice of such filing to all attorneys of record on file.

/s/ Jon Mark Hogg

Jon Mark Hogg

## APPENDIX TO DEFENDANT/COUNTER-PLAINTIFF A.S.H. ELECTRICAL, LLC'S FOR SUMMARY JUDGMENT

Letter of Assent ...................................................................................................................1

CBA 2022-2025 ....................................................................................................................2

ASH Letter Withdrawing from Letter of Assent May 30, 2023 .........................................40

IBEW 520 Letter Confirming Receipt August 7, 2023 .......................................................41

Second Notice of Termination December 27, 2023 .............................................................42

IBEW 520 Letter January 3, 2024 ......................................................................................44

ASH Letter January 9, 202[4] ............................................................................................45

IBEW 520 Letter January 22, 2024 ....................................................................................46

IBEW 520 Letter Confirming Receipt January 22, 2024 ....................................................47

IBEW Charges Against Johnke January 22, 2024 ..............................................................48

Resignation Letter of Adam Johnke January 30, 2024 .......................................................51

ASH Letter to IBEW 520 January 30, 2024 .......................................................................55

ASH Letter to IBEW March 20, 2024 ................................................................................56

IBEW Letter to Ash May 30, 2024 .....................................................................................57

ASH Letter to IBEW January 20, 2025 ..............................................................................59

IBEW Letter to ASH February 3, 2025 ..............................................................................61

Campbell Email to Johnke April 16, 2025 ..........................................................................62

ASH Letter to Campbell April 16, 2025 .............................................................................63

Notice of CIR Filing April 17, 2025 ..................................................................................65

IBEW Brief to CIR .............................................................................................................67

ASH Brief to CIR ...............................................................................................................122

CIR Preliminary Decision ...................................................................................................139

CIR Final Decision .............................................................................................................187

CIR Letter Rejecting Reconsideration ........................................................................................235

Affidavit of Adam Johnke .........................................................................................................236

Affidavit of Shannon Carpenter.................................................................................................245