**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520, Plaintiff,** | § § § § | |
| **v.** | § | **CIVIL ACTION NO. 1:25-cv-1643** |
| **A.S.H. ELECTRICAL SERVICES, LLC, Defendant.** | § § § | |

**ORDER GRANTING PLAINTIFF'S MOTION**
**FOR LEAVE TO FILE ANSWER TO DEFENDANT'S COUNTERCLAIM**

Today, the Court considered Plaintiff's Motion for Leave to File Answer to Defendant's Counterclaim. The Court **GRANTS** the motion. It is therefore **ORDERED** that the Clerk accept and docket Plaintiff's Answer to Defendant's Counterclaim, which was attached as Exhibit 1 to Plaintiff's Motion for Leave to File Answer to Defendant's Counterclaim.

Signed on this ____ day of ___________, 2026.

______________________________
HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE