**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520** | § § § | |
| | § | |
| **v.** | § | **NO. 1:25-CV-01643-DAE** |
| | § | |
| **A.S.H. ELECTRICAL SERVICES, LLC** | § | |

**APPENDIX TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant A.S.H. Electrical Services, LLC's files this its Appendix to its Response to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

JON MARK HOGG PLLC.
1 East Twohig Ave, 2nd Floor
San Angelo, Texas 76903
jmh@jmhogglaw.com
(325) 777-0455

By: /s/ Jon Mark Hogg
Jon Mark Hogg
State Bar No. 00784286

ATTORNEY FOR A.S.H. ELECTRICAL SERVICES, LLC

**CERTIFICATE OF SERVICE**

This is to certify that on August 18, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system which will send notice of such filing to all attorneys of record on file.

/s/ Jon Mark Hogg
Jon Mark Hogg

**APPENDIX TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**


Tab 1 Notice of Election Petition March 24, 2025 ............................................................1

Tab 2 Petition for Election March 21, 2025 .......................................................................2

Tab 3 IBEW Statement of Position March 27, 2025 ...........................................................5

Tab 4 IBEW Response to Petition March 30, 202[5] ..........................................................6

Tab 5 Order to Show Cause March 27, 2025.....................................................................90

Tab 6 Order Dismissing Petition April 3, 2025 ..................................................................92

Tab 7 Elkins' Petition September 30, 2025 ........................................................................96

Tab 8 Order to Show Cause November 21, 2025 ...............................................................97

Tab 9 IBEW Response to Elvin s' Petition November 25, 2025 ................................................100

Tab 10 Order Dismissing Elkins' Petition December 2, 2025....................................................262

Tab 11 Confirmation of filing Unfair Labor Practice Charge April 18, 2024 ............................268

Tab 12 Recording of April 8, 2025 Negotiation Session..........................................................270

Tab 13 Diarmid Campbell Notes of April 8, 2025 Negotiation Session ....................................303