UNITED STATES GOVERNMENT
NATIONAL LABOR RELATIONS BOARD

REGION 16
819 Taylor St Rm 8A24
Fort Worth, TX 76102-6107

Agency Website:
www.nlrb.gov
Telephone: (817)978-2921
Fax: (817)978-2928

Download NLRB Mobile App

March 24, 2025

**URGENT**

Ben Brenneman, Business Manager/Financial Secretary
International Brotherhood of Electrical Workers, Local 520
4818 E Ben White Boulevard, Suite 300
Austin, TX 78741
ben_brenneman@ibew520.org

Re: A.S.H. Electrical Services, LLC
Case 16-RM-362398

Dear Parties:

Enclosed is a copy of a petition that A.S.H Electric Services, LLC filed with the National Labor Relations Board (NLRB) seeking an election involving certain employees for which you are the exclusive collective bargaining representative. Please read this letter carefully to make sure you are aware of the union's obligations. This letter tells you how to contact the Board agent who will be handling this matter, about the Employer's requirement to post and distribute the Notice of Petition for Election, the requirement that you complete and serve a Statement of Position Form, a scheduled hearing in this matter, other information needed, your right to be represented, and NLRB procedures, including how to submit documents.

**Investigator:** This petition will be investigated by Field Attorney James B. Johnson whose telephone number is (682)703-7221. The Board agent will contact you shortly to discuss processing the petition. If you have any questions, please do not hesitate to call the Board agent. If the agent is not available, you may contact Supervisory Field Examiner Paul Sykes whose telephone number is (682)703-7788. If appropriate, the NLRB attempts to schedule an election either by agreement of the parties or by holding a hearing and then directing an election.

**The Union's Required Statement of Position:** In accordance with Section 102.63(b) of the Board's Rules, the union is required to complete the enclosed Statement of Position form, have it signed by an authorized representative, and file a completed copy (with all required attachments) with this office and serve it on all parties named in the petition such that it is received by them by **noon Central Time** on **March 31, 2025**. This form solicits information that will facilitate entry into election agreements or streamline the pre-election hearing if the parties are unable to enter into an election agreement. **This form must be e-Filed, but unlike other e-Filed documents, will not be timely if filed on the due date but after noon Central Time.** If you have questions