FORM NLRB-502 (RM)
(10-24)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**RM PETITION**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case No. 16-RM-362398 | Date Filed 3/24/25 |

***INSTRUCTIONS:*** *Unless e-Filed using the Agency's website, www.nlrb.gov/, submit an original of this Petition to an NLRB Office in the Region in which the employer concerned is located. The petition must be accompanied by a certificate of service showing service on all parties named in the petition of the following: (1) the petition; (2) Statement of Position form; and (3) Description of Procedures in Certification and Decertification Cases (Form NLRB 4812). The petition must also be accompanied by evidence supporting the statement that a labor organization has made a demand for recognition on the employer or that the employer has good faith uncertainty about majority support for an existing representative. However, if the evidence reveals the names and/or number of employees who no longer wish to be represented, the evidence shall not be served on any party.*

1. **PURPOSE OF THIS PETITION: RM-CERTIFICATION OF REPRESENTATIVE -** One or more individuals or labor organizations have presented a claim to the Employer/Petitioner to be recognized as the representative of employees of the Employer/Petitioner or the Employer/Petitioner has a good faith uncertainty about majority support for an existing representative. If a charge under Section 8(b)(7) of the Act has been filed involving the Employer/Petitioner named in this petition, this statement shall not be deemed made. **The Petitioner alleges that the following circumstances exist and requests that the National Labor Relations Board proceed under its proper authority pursuant to Section 9 of the National Labor Relations Act.**

**2a. Name of Employer/Petitioner:** A.S.H. ELECTRICAL SERVICES, LLC

2b. Address(es) of Establishment(s) involved *(Street and number, City, State, ZIP code)*: 3214 SUNSET DRIVE, SAN ANGELO, TEXAS, 76904

**3a. Employer/Petitioner Representative** - Name and Title: ADAM C. JOHNKE- PARTNER

3b. Address *(if same as 2b - state same)*: SAME

| 3c. Tel. No. | 3d. Cell No. | 3e. Fax No. | 3f. E-Mail Address |
|---|---|---|---|
| 325.716.6696 | 325.656.1641 | | ADAM@ASHELECTRICALSERVICES.COM |

4a. Type of Establishment *(Factory, mine, wholesaler, etc.)*: ELECTRICAL CONTRACTOR

4b. Principal Product or Service: ELECTRICAL CONTRACTING- SERVICE,REPAIR, INSTALL

**5a. Description of Unit Involved:**
**Included:** Employees covered under the current collective bargaining agreement- IBEW 520
**Excluded:** Employees in management and operations outside of the CBA

5b. City and State where unit is located: San Angelo, Texas

6. Number of Employees in Unit: 2

*Unless a charge alleging a violation of Section 8(b)(7) is pending, check* ***EITHER*** *item 7a or 7b, whichever is applicable*

☐ 7a. A labor organization made a demand for recognition on the Employer/Petitioner on (Date) ____________
☒ 7b. The Employer/Petitioner has a good faith uncertainty about majority support for an existing representative.

**8a. Name of Recognized or Certified Bargaining Agent** - *Name*: International Brotherhood of Electrical Workers Local Union 520

8b. Affiliation, if any: AFL-CIO

8c. Address: 4818 East Ben White Boulevard, Suite 300, Austin, Texas 78741

| 8d. Tel. No. | 8e. Cell No. | 8f. Fax No. | 8g. E-Mail Address |
|---|---|---|---|
| 512.326.9540 | NONE | 512.326.9596 | ben_brenneman@ibew520.org |

9. Date of Recognition or Certification: May 13, 2021

10. Expiration Date of Current or Most Recent Contract, if any *(Month, Day, Year)*: 06/01/2025

11. Is there now a strike or picketing at the Employer's establishment(s) involved? No  If so, approximately how many employees are participating? 0

(Name of Labor Organization) ______________________, has picketed the Employer since *(Month, Day, Year)* ____________

12. Organizations or individuals other than those named in item 8, which have a contract with the Employer/Petitioner or represent employees of the Employer/Petitioner or demanded recognition as representatives and other organization and individuals known to have a representative interest in any employees in the unit described in item 5 above. *(If none, so state)*
NONE

| 12a. Name and affiliation if any | 12b. Address | 12c. Tel. No. | 12d. Cell No. | 12e. Fax No. | 12f. E-Mail Address |
|---|---|---|---|---|---|
| NONE | NONE | NONE | NONE | NONE | NONE@example.com |

**13. Election Details:** If the NLRB conducts and election in this matter, state your position with respect to any such election:

13a. Election Type: ☐ Manual ☐ Mail ☒ Mixed Manual/Mail

| 13b. Election Date(s): | 13c. Election Time(s): | 13d. Election Location(s): |
|---|---|---|
| April 1, 2025 | 1200-1500 hrs. | San Angelo, Texas |

**14. Representative of the Employer/Petitioner who will accept service of all papers for purposes of the representation proceeding.**

14a. Name and Title: Adam C. Johnke- Partner

14b. Address *(street and number, city, State and ZIP code)*: 3214 Sunset Drive, San Angelo, Texas 76904

| 14c. Tel. No. | 14d. Cell No. | 14e. Fax No. | 14f. E-Mail Address |
|---|---|---|---|
| 325.656.1641 | 325.656.641 | NONE | adam@ashelectricalservices.com |

**I declare that I have read the above petition and that the statements are true to the best of my knowledge and belief.**

| Name *(Print)* | Signature | Title | Date |
|---|---|---|---|
| ADAM C. JOHNKE | Adam C Johnke | PARTNER/CO-OWNER | 03/21/25 |

**WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 89 FR 24869 (April 9, 2024). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.