FORM NLRB-505
(10-24)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**STATEMENT OF POSITION**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case No. | Date Filed |

**INSTRUCTIONS:** *Submit this Statement of Position to an NLRB Office in the Region in which the petition was filed and serve it and all attachments on each party named in the petition in this case such that it is received by them by the date and time specified in the notice of hearing.*
***Note:*** *Non-employer parties who complete this form are NOT required to complete items 8f or 8g below or to provide a commerce questionnaire or the lists described in item 7.*

1a. Full name of party filing Statement of Position: IBEW Local Union 520

1c. Business Phone: 512-326-3650

1e. Fax No.: 512-326-9596

1b. Address *(Street and number, city, state, and ZIP code)*: 4818 E. Ben White Blvd., Suite 300, Austin, TX 78741

1d. Cell No.:

1f. e-Mail Address: ben_brenneman@ibew520.org

2. Do you agree that the NLRB has jurisdiction over the Employer in this case? ☒ Yes ☐ No
*(A completed commerce questionnaire (Attachment A) must be submitted by the Employer, regardless of whether jurisdiction is admitted)*

3. Do you agree that the proposed unit is appropriate? ☒ Yes ☐ No *(If not, answer 3a and 3b.)*

a. State the basis for your contention that the proposed unit is not appropriate. (*If you contend a classification should be excluded or included briefly explain why, such as shares a community of interest or are supervisors or guards.)*
None

b. State any classifications, locations, or other employee groupings that must be added to or excluded from the proposed unit to make it an appropriate unit.
Added: N/A
Excluded: N/A

4. Other than the individuals in classifications listed in 3b, list any individual(s) whose eligibility to vote you intend to contest at the pre-election hearing in this case and the basis for contesting their eligibility.
N/A

5. Is there a bar to conducting an election in this case? ☒ Yes ☐ No *If yes, state the basis for your position.*
There is no question concerning representation. The Union has never claimed majority support

6. Describe all other issues you intend to raise at the pre-election hearing.
Steiny/Daniel eligibility formula must be applied

7. The employer must provide the following lists which must be alphabetized (overall or by department) in the format specified at http://www.nlrb.gov/what-we-do/conduct-elections/representation-case-rules-effective-april-14-2015
(a) A list containing the full names, work locations, shifts and job classification of all individuals in the proposed unit as of the payroll period immediately preceding the filing of the petition who remain employed as of the date of the filing of the petition. (Attachment B)
(b) If the employer contends that the proposed unit is inappropriate the employer must provide (1) a separate list containing the full names, work locations, shifts and job classifications of all individuals that it contends must be *added* to the proposed unit, if any to make it an appropriate unit, (Attachment C) and (2) a list containing the full names of any individuals it contends must be *excluded* from the proposed unit to make it an appropriate unit. (Attachment D).

8a. State your position with respect to the details of any election that may be conducted in this matter. Type: ☒ Manual ☐ Mail ☐ Mixed Manual/Mail

| 8b. Date(s): | 8c. Time(s): | 8d. Location(s): |
|---|---|---|
| April 17, 2025 | 9:00am | Employer's shop |

| 8e. Eligibility Period (e.g. special eligibility formula): | 8f. Last Payroll Period Ending Date: | 8g. Length of payroll period |
|---|---|---|
| Steiny/Daniel | Date immediately preceding the hearing | ☐ Weekly ☐ Biweekly ☐ Other *(specify length)* ______ |

**9. Representative who will accept service of all papers for purposes of the representation proceeding**

9a. Full name and title of authorized representative: Michael Murphy, International Representative

9b. Signature of authorized representative: [signature]

9c. Date: 03/27/25

9d. Address *(Street and number, city, state, and ZIP code)*: 320 Westway Place, Suite 531, Arlington, TX 76018

9e. e-Mail Address: michael_murphy@ibew.org

9f. Business Phone No.: 817-557-1611

9g. Fax No.:

9h. Cell No.: 512-920-4114

**WILLFUL FALSE STATEMENTS ON THIS PETITION CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**

**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 et seq. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing representation and/or unfair labor practice proceedings and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 89 FR 24869 (April 9, 2024). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary. However, failure to supply the information may cause the NLRB to refuse to process any further a representation or unfair labor practice case, or may cause the NLRB to issue you a subpoena and seek enforcement of the subpoena in federal court.