**UNITED STATES OF AMERICA**
**BEFORE THE NATIONAL LABOR RELATIONS BOARD**
**REGION 16**

**A.S.H. ELECTRICAL SERVICES**

**Employer/Petitioner**

**and** **Case 16-RM-362398**

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION 520**

**Union**

## ORDER TO SHOW CAUSE

On November March 24, 2025, A.S.H. Electrical Services, LLC (Employer/Petitioner) filed the instant RM petition claiming good faith uncertainty about majority support for its existing relationship with the International Brotherhood of Electrical Workers, Local Union 520 (Union).

There is a dispute as to whether a question concerning representation exists. The procedural background of this matter is as follows:

1. On May 13, 2021, the Employer, the Union, and Central Texas Chapter, National Electrical Contractors Association (NECA) signed "Letter of Assent – A." The Employer authorized NECA as its collective bargaining representative for all matters contained in or pertaining to the current and any subsequent approved labor agreement between NECA and the Union.

2. The current labor agreement between the NECA and the Union is effective June 2, 2022, through June 1, 2025.

3. On March 24, 2025, the Employer filed the instant RM Petition claiming a good faith uncertainty about majority support for the existing relationship.

4. The parties dispute whether they are in an 8(f) or 9(a) relationship under the Act.

Under Section 9(c)(1) of the Act, a prerequisite to conducting a representation election is the existence of a question concerning representation. Based on the above, there are substantial and material issues of fact and law as to whether further processing of the petition is warranted. Accordingly,

**IT IS HEREBY ORDERED** that any party hereto provide written cause of its legal position and argument as to whether the instant petition warrants further processing. Any submission should be accompanied by supporting documentary evidence and cite relevant and applicable legal authority. More specifically, the parties' submissions in response to this Order should address the following matter:

Please provide your position as to whether the parties have a relationship governed by Section 8(f) or 9(a) of the Act, and please be sure to address the following:

1. At the time the parties executed the Letter of Assent on May 13, 2021, how many employees did the Employer employ?

2. Has the Union at any time made a demand that the Employer recognize the Union claiming it had majority support from the employees of the Employer? If so, please provide specific details and documentation of when this occurred and who made the demand.

3. At any time since signing the Letter of Assent, has the Union presented evidence (i.e., authorization cards) to the Employer that a majority of its employees authorized the Union to represent them in collective bargaining? If so, please provide specific details and documentation of when this occurred and who presented the evidence of majority status.

All submissions to this Order must be in writing and E-filed via the Agency's website, including a showing that the responses were duly served on all other parties, and should be accompanied by supporting documentary evidence and relevant applicable legal authority. All submissions must be received by this office by **9 a.m.. Central Standard Time** on **March 31, 2025**.

Pending my determination as to the appropriateness of further processing of this petition, the respective deadline for submission of the Statements of Position and the hearing currently scheduled to begin on April 1, 2025, continue in effect until further notice.

**DATED** at Fort Worth, Texas, this 27th day of March 2025.

Timothy L. Watson
Regional Director
National Labor Relations Board
Region 16
Fritz G. Lanham Federal Building
819 Taylor Street, Room 8A24
Fort Worth, TX 76102-6178