**From:** dgecpb16@nlrb.gov <NLRB@public.govdelivery.com>
**Sent:** Friday, April 18, 2025 10:13 AM
**To:** adam@ashelectricalservices.com
**Subject:** RE: Inquiry # 1-3643681721 - Signed Charge Against Union, Documentary Evidence

Confirmation Number: **1100752795**

You have successfully accomplished the steps for E-Filing a ***Charge - CB*** with NLRB Region 16, Fort Worth, Texas. This email notes the official date and time of the receipt of your submission. Please save this email for future reference. Please note that this receipt is not confirmation that your case has been docketed; rather, this email solely constitutes the regional office's acknowledgment of receipt of your document(s).

Until your case is docketed and is assigned an NLRB Case Number by the Region, please use **Inquiry No. 1-3643681721** to E-file any documents you wish to present regarding your charge. Click the link below to E-File additional documents and/or to view your previous E-filings with the NLRB. Your account profile is saved in our system. When you use this link to E-File documents your contact information will be pre-populated.

Your account profile is saved in the NLRB My Account Portal. Click here to view your account information, the cases and inquiries you are a party to and any of your previous E-Filings with the NLRB. You will also be able to E-File documents you wish to present regarding this charge or any other case or inquiry you are a party to. You will use Account No. **1-3630048462** and the email address you used to file your inquiry to access your account. When you use this link to E-File documents your contact information will be pre-populated on the E-Filing page, so that you do not have to reenter your information.

| | |
|---|---|
| Date Submitted: | Friday, April 18, 2025 10:10 AM Central Standard Time |
| Dispute Location: | San Angelo, TX |
| Regional, Sub-Regional Or Resident Office: | Region 16, Fort Worth, Texas |
| Charge Type: | CB |
| Inquiry Number: | 1-3643681721 |
| Filing Party: | Employer |
| Name: | Johnke, Adam |
| Email: | adam@ashelectricalservices.com |
| Address: | 3214 Sunset Drive<br>San Angelo, TX 76904 |
| Telephone: | (325) 716-6696 |
| Fax: | |
| Attachments: | Signed Charge Against Union : CHG.1-3643681721.SignedChargeAgainstLaborOrganization_Wiz.pdf |

| | |
|---|---|
| | Documentary Evidence : DEV.1-3643681721.AdditionalInfoSupportingCharge.pdf |

****************************************************************************************************

DO NOT REPLY TO THIS MESSAGE. THIS IS A POST-ONLY NOTIFICATION.
MESSAGES SENT DIRECTLY TO THE EMAIL ADDRESS LISTED ABOVE WILL NOT BE READ.

****************************************************************************************************