Meeting Minutes:

- Date April 8th, 2025
- Start time 2 pm
- End time 3 pm
- Attendance : Diarmid C., Adam J., Shannon C., Megan T.

The IBEW 520 Assistant Business Agent Diarmid Campbell met with Electrical Contractor ASH Electric for contract negotiations. From the start, ASH Electric (Shannon C.) seemed hostile and took a stance of intimidation towards the Assistant Business Agent (Diarmid C.) as well as the Office Manager (Megan T.). Negotiations proceeded with ASH Electric (Adam J., Shannon C.) asking if I had the authority to sign and confirm any changes that they proposed, and they were informed that everything would be brought to Austin and their attorney for confirmation before anything would be signed off on. ASH Electric was not pleased with the response but proceeded to move on to the 10-item proposal that was given during our first meeting on March 18th, 2025. Adam J. started to ask questions about the items proposed, while Shannon C. made comments about the IBEW trying to trap people and mislead them. Diarmid C. disputed that claim by stating that the Letter of Assent clearly states the process for leaving and that any attorney would be able to clarify it for them. Adam J. asked Shannon C. to focus on the 10 items as they needed to get through all of them and make a counter proposal. We proceeded to discuss items 1-3. ASH Electrical stated that they didn't understand why these items were in there and asked who proposed the items. Diarmid C. stated that they are a combination of what was proposed to NECA as well as provisions for the next negotiations. ASH Electrical continued to disagree with items 1-3, with emphasis on item number 3, saying that they will not be in another contract. We then proceeded to discuss items 4-6, briefly talked about item 4 with Adam J. doing some math calculations on the JATC percentage contribution. Item number 5 was then discussed with ASH Electric, asking for clarification on the language regarding the NEAP and NEIB. Item number 6 was discussed with ASH Electric, taking the stance that they have unorthodox job sites, so the workers' drive from jobsite to jobsite counts as a break. Diarmid C. stated that it was put in the proposal so contractors would not take advantage of their employees. We then moved on to discuss items 7-10, with ASH Electric disagreeing with every item. During this time, Shannon C. started getting up and walking around the room, staring at myself as well as Megan T., even going as far as following Megan T. outside on two occasions. Adam J. continued to argue that what we were proposing was wrong and that we were punishing them. Diarmid C. stated that, since ASH Electric asked to terminate the CBA, then that is what we are negotiating against, and everything they were offered is what NECA was offered. That is when Shannon continued to make commitments towards Diarmid C., asking how he could sleep at night, that they now

know what I'm paid and that I'm just repeating what I'm told to say. Shannon C. then asked Diarmid C. if he believed in God, and if he did, how he could do this and that he has no morals. At that time, Diarmid C. asked what his faith or religion had to do with negotiations and requested that they stop negotiations due to Shannon C. crossing the line with her behavior. As Shannon C. and Adam J. were leaving, Shannon C. stated one last time that Diarmid C. didn’t have morals and that IBEW trapped people. Diarmid C. stated for ASH Electric to show him how the IBEW operated illegally. Negotiations ended. Diarmid C. will email ASH Electric on Friday to request another meeting.