**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:25-cv-1643** |
| | § | |
| **A.S.H. ELECTRICAL SERVICES, LLC,** | § | |
| **Defendant.** | § | |

**ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER AND COUNTERCLAIM**

Came before the Court Defendant's Motion for Leave to File First Amended Answer and Counterclaim. Having considered the motion, Plaintiff's response, and the evidence, the Court **DENIES** the motion in its entirety.

Signed on this ____ day of ___________, 2026.

______________________________
HONORABLE DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE