**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520,** *Plaintiff* | § | **No. 1:25-CV-01643-DAE** |
| **v.** | § | |
| **A.S.H. ELECTRICAL SERVICES, LLC.,** *Defendant* | § | |

**ORDER**

Before the Court is Plaintiffs opposed motion for leave to file plaintiffs answer to defendants counterclaim, Dkt. 35 and Defendants motion to amend complaint, Dkt. 39. The District Judge referred the motion for disposition pursuant to Rule CV-72, Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and 28 U.S.C. § 636(b)(1)(A). Having reviewed the motion, the undersigned enters the following Order.

The parties are **ORDERED** to meaningfully confer telephonically or in person regarding the issues in the motion and **FILE** a Joint Advisory with the Court **before 2:00 p.m. on Tuesday, October 20, 2026**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions on each remaining issue. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **5:00**

**p.m. of the business day prior to the hearing**. Please also send a copy of any demonstratives to the Court's Courtroom Deputy, Victoria Rivera, at Victoria_Rivera@txwd.uscourts.gov by **5:00 p.m. of the business day prior to the hearing.**

**IT IS FURTHER ORDERED** that the parties are **TO APPEAR** for an in-person hearing before the undersigned on **Thursday, October 22, 2026, at 10:00 a.m.** The hearing will last no more than 1.5 hour.

The parties are advised and hereby placed on notice that the undersigned may award expenses against any party that is uncooperative in discovery. *See* Fed. R. Civ. P. 37(a)(5).

SIGNED September 2, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE