**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520,** *Plaintiff* | § | **No. 1:25-CV-01643-DAE** |
| **v.** | § | |
| **A.S.H. ELECTRICAL SERVICES, LLC,** *Defendant* | § | |

**ORDER**

Before the Court are (1) Plaintiff International Brotherhood of Electrical Workers, Local 520 ("IBEW")'s Motion for Leave to File Answer to Defendant's Counterclaim, Dkt. 35, and Defendant A.S.H. Electrical Services, LLC ("ASH")'s Motion for Leave to File First Amended Answer and Counterclaim, Dkt. 39. The District Judge referred the motions to the undersigned for disposition. The Court set the motions for hearing, and, after considering the parties' filings, the applicable law, and the arguments made at the hearing, the Court announced its rulings, and the reasons for those rulings, on the record. This written order memorializes those oral rulings.

As to IBEW's motion for leave, Dkt. 35, pursuant to the parties' joint advisory, Dkt. 46, the Court **GRANTS** the motion as unopposed. The Court **ORDERS** the Clerk of the Court to file Plaintiff's Answer to Defendant's Counterclaim found at Dkt. 35-1.

For the reasons stated on the record, the Court **GRANTS** ASH's motion, Dkt. 39, and **ORDERS** the Clerk of the Court to file Defendant's First Amended Answer and Counterclaim, found at Dkt. 39-1.

Lastly, as discussed at the hearing, this order will necessitate a revision to the parties' scheduling order, including, likely, a re-filing of the summary-judgment motions. The Court **ORDERS** the parties to confer on a scheduling order and file a proposed schedule to be considered by Judge Ezra.

SIGNED October 22, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE