**FILED**
October 22, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:25-cv-1643** |
| | § | |
| **A.S.H. ELECTRICAL SERVICES, LLC,** | § | |
| **Defendant.** | § | |

**PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM**

TO THE HONORABLE COURT:

COMES NOW International Brotherhood of Electrical Workers, Local 520, Plaintiff, and files this Answer to Defendant's Counterclaim, and in support, would show the Court as follows:

## I. ADMISSIONS AND DENIALS

1. Responding to Paragraph 1 of the Counterclaim, Plaintiff admits that this Court has jurisdiction over the Counterclaim, that venue is proper, and that Defendant has unsuccessfully challenged venue in this Court.

2. Responding to Paragraph 2 of the Counterclaim, Plaintiff admits all the allegations contained in that paragraph.

3. Responding to Paragraph 3 of the Counterclaim, Plaintiff admits all the allegations contained in that paragraph.

4. Responding to Paragraph 4 of the Counterclaim, Plaintiff admits all the allegations contained in that paragraph.

5. Responding to Paragraph 5 of the Counterclaim, Plaintiff admits that Defendant sent correspondence purporting to revoke the letter of Assent.

6. Responding to Paragraph 6 of the Counterclaim, Plaintiff admits that on December 27, 2023, Defendant announced its desire to terminate the Prior CBA; however, Plaintiff denies that the Defendant was privileged to revoke the Letter of Assent or terminate the CBA.

7. Responding to Paragraph 7 of the Counterclaim, Plaintiff admits that it unilaterally submitted unresolved bargaining issues to the CIR for adjudication and denies all remaining allegations contained in that paragraph.

8. Responding to Paragraph 8 of the Counterclaim, Plaintiff admits that on May 13, 2025, the CIR issued an arbitration award imposed a new CBA on Defendant but denies that Defendant did not consent to the arbitration. Plaintiff admits that Defendant did not participate in the hearing except by brief.

9. Responding to Paragraph 9 of the Counterclaim, Plaintiff admits all the allegations contained in that paragraph.

10. Responding to Paragraph 10 of the Counterclaim, Plaintiff admits all the allegations contained in that paragraph.

11. Responding to Paragraph 11 of the Counterclaim, Plaintiff denies all the allegations contained in that paragraph.

12. Responding to Paragraph 12 of the Counterclaim, Plaintiff denies all the allegations contained in that paragraph.

13. Responding to Paragraph 13 of the Counterclaim, Plaintiff denies all the allegations contained in that paragraph.

14. Responding to Paragraph 14 of the Counterclaim, Plaintiff denies all the allegations contained in that paragraph.

15. Responding to Paragraph 15 of the Counterclaim, Plaintiff denies all the allegations contained in that paragraph.

16. Responding to Paragraph 16 of the Counterclaim, Plaintiff denies all the allegations contained in that paragraph.

17. Responding to the paragraph labeled "prayer for relief" in the Counterclaim, Plaintiff denies that Defendant is entitled to any of the relief sought in that paragraph.

## II. CONCLUSION AND PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays for any and all necessary and proper relief to which Plaintiff may be entitled.

*Respectfully submitted,*

DEATS DURST & OWEN, P.L.L.C.
Matt Bachop
TBN: 24055127
mbachop@ddollaw.com
2901 Bee Caves Rd., Ste. L
Austin, Texas 78749
(512) 474-6200
FAX (512) 474-7896

*/s/ Matt Bachop*
COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record by the Court's CM/ECF system on this this 18th day of August, 2026.

*/s/ Matt Bachop*
Matt Bachop