**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

| | | |
|---|---|---|
| **INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 520,** *Plaintiff,* | § § § § | |
| **v.** | § | **No. 1:25-cv-01643-DAE** |
| **A.S.H. ELECTRICAL SERVICES, LLC,** *Defendant.* | § § § | |

**AMENDED SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, and the Court's October 22, 2026 Order granting Defendant leave to file its First Amended Answer and Counterclaim, the Court issues the following Amended Scheduling Order:

1. Discovery is reopened solely as to the contract-formation theories pleaded for the first time in Defendant's First Amended Answer and Counterclaim (Affirmative Defense 2 and Counterclaim ¶¶ 5 and 23), including the depositions of Adam Johnke, Shannon Carpenter, Diarmid Campbell, and Mike Grant. The parties shall complete that discovery on or before January 20, 2027. Discovery on all other matters closed on August 4, 2026, and is not reopened. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances.

2. The parties' Motions for Summary Judgment (Dkt. 32 and Dkt. 33) are **DENIED WITHOUT PREJUDICE SUBJECT TO REFILING**. Any renewed summary-judgment motions and related briefing addressing the original and newly pleaded contract-formation theories shall be filed not later than February 19, 2027.

3. This case will not be set for trial until after dispositive motions, if any, have been ruled on. **If parties elect not to file dispositive motions, they must contact the courtroom deputy, Manuel Villa at 512-391-813 or via email at Manuel_Villa@txwd.uscourts.gov in order to set a trial date.** The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

**IT IS SO ORDERED.**
**SIGNED**: Austin, Texas, October 28, 2026.

David Alan Ezra
Senior United States District Judge